# EXHIBIT A

### 455th District Court

## Case Summary

### Case No. D-1-GN-24-003720

| | | | |
|---|---|---|---|
| **JAMEKA ELEAZER vs. ORACLE AMERICA, INC.** | § | Location: | **455th District Court** |
| | § | Judicial Officer: | **455TH, DISTRICT COURT** |
| | § | Filed on: | **06/12/2024** |

## Case Information

Case Type: Discrimination

Case Status: **06/12/2024 Open**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | D-1-GN-24-003720 |
| Court | 455th District Court |
| Date Assigned | 06/12/2024 |
| Judicial Officer | 455TH, DISTRICT COURT |

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **ELEAZER, JAMEKA** | **Bachop, Matthew Bradley** *Retained* |
| **Defendant** | **ORACLE AMERICA, INC.** | **SMITH, EDWARD MASON** *Retained* |

## Case Events

06/12/2024

ORIGINAL PETITION/APPLICATION (OCA)
*PLAINTIFF S ORIGINAL PETITION*
Party: Plaintiff ELEAZER, JAMEKA
Atty/Pro Se: Attorney Bachop, Matthew Bradley

06/12/2024

OTHER/NOTICE
*SERVICE REQUEST*

06/21/2024

EXECUTED SERVICE
*EXECUTED RETURN SERVICE OF CITATION - ORACLE AMERICA INC.*
Party: Plaintiff ELEAZER, JAMEKA

07/10/2024

ORIGINAL ANSWER/WAIVER
*DEFENDANT S ORIGINAL ANSWER*
Party: Defendant ORACLE AMERICA, INC.
Party 2: Attorney SMITH, EDWARD MASON

## Service Events

06/17/2024 **Citation**
ORACLE AMERICA, INC.
Served: 06/18/2024

JUN 18 2024

DELIVERED THIS ___ DAY OF ________ 20___
CARLOS B. LOPEZ
CONSTABLE, PCT 5, TRAVIS COUNTY, TEXAS
BY ________________
DEPUTY

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-24-003720**

JAMEKA ELEAZER
, PLAINTIFF(S)

vs.

ORACLE AMERICA, INC.
, DEFENDANT(S)

TO: **ORACLE AMERICA, INC.**
**BY SERVING ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY**
**211 E 7TH STREET #620**
**AUSTIN TX 78701**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **JUNE 12, 2024** in the **455TH DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **JUNE 17, 2024**

REQUESTED BY:
**MATTHEW BRADLEY BACHOP**
**8140 N. MOPAC EXPY #4-250**
**AUSTIN, TX 78759**

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street | P.O. Box 679003 (78767)
Austin TX 78701

**Ruben Tamez, Deputy**

RETURN

Came to hand on the _____ day of _______________, ________ at ________ o'clock ____M., and executed at ______________________________ within the County of ____________________ on the _____ day of _______________, ________, at ________ o'clock ____M., by delivering to the within named ______________________________, each in person, a true copy of this citation together with the **PLAINTIFF S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ ________

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas
Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the _____ day of _______________, ________.

By:______________________________

______________________________
Printed Name of Server

______________________ County, Texas

______________________________
Notary Public, THE STATE OF TEXAS
**D-1-GN-24-003720**

**PCT 5 - CERTIFIED MAIL SERVICE**

6/12/2024 2:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003720
Ruben Tamez

D-1-GN-24-003720

**CAUSE NO._________**

| | | |
|---|---|---|
| **JAMEKA ELEAZER,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **TRAVIS COUNTY** |
| | § | 455TH, DISTRICT COURT |
| **ORACLE AMERICA, INC.** | § | |
| **Defendant.** | § | **________ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THE COURT:

Comes now Plaintiff, Jameka Eleazer, and complains of Defendant, Oracle America, Inc. In support of her complaint, Plaintiff states the following:

### DISCOVERY LEVEL
### I.

Plaintiff intends that discovery in this case be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 190.3.

### PARTIES
### II.

Plaintiff Jameka Eleazer is an individual Texas resident who was employed by Defendant in Travis County, Texas.

### III.

Defendant is a Delaware corporation doing business in Texas. Defendant may be served by serving its registered agent, Corporation Service Company, at 211 E. 7th Street, Suite 620, Austin TX 78701.

### JURISDICTION AND VENUE
### IV.

The Court has jurisdiction over the case pursuant to TEX. CONST. art. V, § 8; TEX. GOV'T CODE §§ 24.007–24.008. Venue is proper in this Court pursuant to TEX. CIV. PRAC. & REM. CODE

§ 15.002. As is required by TEX. R. CIV. P. 47, Plaintiff pleads that she seeks, at the current time, monetary relief over $1,000,000.

**FACTUAL ALLEGATIONS**

**V.**

Ms. Eleazer is a Black woman who was hired by Defendant in February 2019 as an Associate Telesales Business Development Representative. She earned a promotion to the role of Internet Sales Representative Defendant in May 2021. In June 2022, she was placed under the supervision of Regional Manager Garrett Miller.

**VI.**

Ms. Eleazer was the only Black employee under Mr. Miller's supervision. Mr. Miller treated Ms. Eleazer worse than he treated the non-Black employees he supervised. By way of example, Mr. Miller would belittle Ms. Eleazer, asking her things like "Do you understand?" or "Do you feel competent enough to complete this task?"; he demanded screenshots of conversations so that Ms. Eleazer could "prove" that what she told him was true; he would micromanage her activities and question her about minutiae almost daily; he pestered her about completing work while she was out with the flu; and he demanded detailed information about her travel plans when she attended her brother's wedding, none of which are things that he did to non-Black employees that he supervised. Mr. Miller also never discussed career development with Ms. Eleazer, and he repeatedly told her that he would schedule a time to discuss her request for a raise with the Area Manager (his supervisor), but he never did.

**VII.**

This disparate treatment continued when on March 29, 2023, Mr. Miller presented Ms. Eleazer with what he titled a "Performance Improvement Plan" without following the established protocols for placing an employee on a PIP. "Performance Improvement Plan" was a misnomer,

as the document did not contain any plan. Instead, the document consisted of complaints about Ms. Eleazer's performance that were based on misleading data, along with quotas and goals that even Mr. Miller acknowledged were unattainable based on the scope of work assigned to Ms. Eleazer. In addition, Mr. Miller only shared a portion of the PIP document that he would forward to Human Resources with Ms. Eleazer.

**VIII.**

In April 2023, Ms. Eleazer complained to Defendant's Human Resources Department about the PIP, stating that it was unfair and was the result of illegal discrimination based on race rather than a legitimate reflection of her work performance. Ms. Eleazer provided detailed information showing that the issues raised in the PIP were not caused by poor work performance on her part.

**IX.**

Defendant fired Ms. Eleazer the following month. Knowing that they could not say that they fired her for complaining about discrimination, Ms. Eleazer's managers manufactured a situation where they could claim that Ms. Eleazer had the lowest sales numbers on her team for a short window of time by firing her mere hours before a substantial deal of hers was set to close. Defendant knew that the closing was imminent and purposely timed the termination in that manner so that it could make this claim about her numbers. From the time that Ms. Eleazer complained to HR, there was never any plan by her managers to improve Ms. Eleazer's performance, despite the title of the PIP document she was presented with. On the contrary, management's sole focus was creating a misleading paper trail to justify a termination.

**X.**

Defendant's claim that a comparison of the sales performance between Ms. Eleazer and her peers justified her termination is suspect, because when Ms. Eleazer pushed back against criticisms of her performance in the past by pointing out that she was outperforming many of her peers, she was told that comparison was not a relevant metric.

**XI.**

None of the non-Black employees on her team who had sales performance similar to or worse than Ms. Eleazer were disciplined in any way, much less fired. Defendant would not have fired a non-Black employee or an employee who had not complained about discrimination for the reasons it claimed to have terminated Ms. Eleazer.

**FIRST CAUSE OF ACTION – CHAPTER 21 OF THE TEXAS LABOR CODE**

**XII.**

By discriminating against Ms. Eleazer because of her race, including by treating her less favorably than non-Black employees and by terminating her employment, Defendant violated Ms. Eleazer's rights and its obligations under Chapter 21 of the Texas Labor Code.

**XIII.**

By retaliating against Ms. Eleazer because she opposed a discriminatory practice, filed a charge, filed a complaint, and/or participated in an investigation, proceeding, or hearing, including by treating her less favorably than other employees who did not engage in those activities and by terminating her employment, Defendant violated Ms. Eleazer's rights and its obligations under Chapter 21 of the Texas Labor Code.

## SECOND CAUSE OF ACTION – TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

**XIV.**

By discriminating against Ms. Eleazer because of her race, including by treating her less favorably than non-Black employees and by terminating her employment, Defendant violated Ms. Eleazer's rights and its obligations under Title VII of the Civil Rights Act of 1964.

**XV.**

By retaliating against Ms. Eleazer because she opposed a practice made an unlawful employment practice by Title VII, made a charge, and/or testified, assisted, or participated in an investigation, proceeding, or hearing, including by treating her less favorably than other employees who did not engage in those activities and by terminating her employment, Defendant violated Ms. Eleazer's rights and its obligations under Title VII of the Civil Rights Act of 1964.

## REQUEST FOR TRIAL BY JURY

**XVI.**

Plaintiff requests and demands a trial by jury.

## PRAYER FOR RELIEF

**XVII.**

Wherefore, premises considered, Plaintiff respectfully requests that Defendant be cited to appear and answer herein, and upon hearing, that the Court award Plaintiff the following relief:

A. Declare that Defendant violated Chapter 21 of the Texas Labor Code and Title VII of the Civil Rights Act of 1964 by engaging in the unlawful employment practices identified above;

B. Order Defendant to pay Plaintiff damages for lost wages, loss of earning capacity, and other pecuniary losses in the past;

C. Enter a permanent injunction requiring Defendant to reinstate Plaintiff to her former position, with all benefits and emoluments of her position that she would have received if

Defendant's discrimination and/or retaliation had not occurred, and prohibiting any future acts of retaliation, discrimination, or harassment, and also making Plaintiff whole, as if Defendant's illegal acts of discrimination and/or retaliation had not occurred; or in the alternative to reinstatement, order Defendant to pay Plaintiff front pay as a result of Defendant's discrimination and/or retaliation;

D. Order Defendant to pay Plaintiff compensatory damages for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and/or other nonpecuniary losses because of Defendant's discrimination and/or retaliation.

E. Order Defendant to pay Plaintiff punitive damages in an amount sufficient to punish the Defendant for its conduct and to deter others from similar actions.

F. Order Defendant to pay Plaintiff's reasonable attorney fees and costs;

G. Order Defendant to pay pre-judgment interest on all amounts for which pre-judgment interest is legally allowable, at the highest lawful rate;

H. Order Defendant to pay post-judgment interest at the highest lawful rate for all amounts, including attorney fees, awarded against Defendant; and

I. Order such other relief, whether legal or equitable, to which Plaintiff is entitled.

Respectfully submitted,

DEATS DURST & OWEN, PLLC

/s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
8140 N Mopac Expy, Suite 4-250
Austin, Texas 78759
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

**VELVA L. PRICE**
District Clerk, Travis County
Civil Division (512) 854-9457

6/12/2024 2:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003720
Ruben Tamez

D-1-GN-24-003720

# Process Request Form

**CASE NUMBER:** ______________ **COURT:** ________ 455TH, DISTRICT COURT

**NAME(S) OF DOCUMENTS TO BE SERVED:** Plaintiff's Original Petition

**FILE DATE:** 12 June 2024
Day/Month/Year

**SERVICE TO BE ISSUED ON: (Please List Exactly As The Name Appears In The Pleading To Be Served- Additional Parties on page 2)**

1. **Issue Service to:** Oracle America, Inc.

   **Address of Service:** 211 E. 7th Street, Suite 620

   **City, State & Zip:** Austin TX 78701

   **Agent: (if applicable)** Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:**

☑ Citation ☐ Citation by Posting ☐ Citations Rule 106 Service ☐ Hague Convention Citation
☐ Secretary of State/ Highway Commission/Commissioner of Insurance Citation
☐ Citation by Publication: Newspaper______________
☐ Show Cause ☐ Notice ☐ Temporary Restraining Order ☐ Temporary Protective Order
☐ Capias ☐ Attachment ☐ Habeas Corpus
☐ Subpoena ☐ Garnishment ☐ Injunction ☐ Sequestration ☐ Abstract ☐ Execution
☐ Other (Please Describe) ______________

**SERVICE BY** ***(check one)*****:**

○ **ATTORNEY/REQUESTER: (Email)** ______________
○ **PROCESS SERVER: (Email)** ______________
○ **PICK UP: (Person/Agency Name and Phone Number)** ______________
○ **TRAVIS COUNTY CONSTABLE:** Please select PCT if you have a preference ○ 1 ○ 2 ○ 3 ○ 4 ◉ 5
◉ **CERTIFIED MAIL**
○ **OTHER,** ***explain*****:** ______________

**Requested by:**

**Name:** Matt Bachop
**Mailing Address:** 8140 N Mopac Expy, Suite 4-250
**City, state, Zip:** Austin TX 78759
**Phone Number:** 737.205.1026
**E-mail Address:** mbachop@ddollaw.com

**Notes/Comments to the clerk:** ______________

## Civil Process Request Form - Additional Parties

**SERVICE TO BE ISSUED ON:** (Please List Exactly As The Name Appears In The Pleading To Be Served)

2. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

3. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

4. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

5. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

6. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

7. Issue Service to: ______________________
   Address of Service: ______________________
   City, State & Zip: ______________________
   Agent: (if applicable) ______________________

6/12/2024 2:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003720
Ruben Tamez

**VELVA L. PRICE**
District Clerk, Travis County
Civil Division (512) 854-9457

D-1-GN-24-003720

# Process Request Form

**CASE NUMBER:** ______________ **COURT:** 455TH, DISTRICT COURT

**NAME(S) OF DOCUMENTS TO BE SERVED:** Plaintiff's Original Petition

**FILE DATE:** 12 June 2024
Day/Month/Year

**SERVICE TO BE ISSUED ON:** **(Please List Exactly As The Name Appears In The Pleading To Be Served- Additional Parties on page 2)**

1. **Issue Service to:** Oracle America, Inc.
   **Address of Service:** 211 E. 7th Street, Suite 620
   **City, State & Zip:** Austin TX 78701
   **Agent:** **(if applicable)** Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:**

- [x] Citation
- [ ] Citation by Posting
- [ ] Citations Rule 106 Service
- [ ] Hague Convention Citation
- [ ] Secretary of State/ Highway Commission/Commissioner of Insurance Citation
- [ ] Citation by Publication: Newspaper ______________
- [ ] Show Cause
- [ ] Notice
- [ ] Temporary Restraining Order
- [ ] Temporary Protective Order
- [ ] Capias
- [ ] Attachment
- [ ] Habeas Corpus
- [ ] Subpoena
- [ ] Garnishment
- [ ] Injunction
- [ ] Sequestration
- [ ] Abstract
- [ ] Execution
- [ ] Other (Please Describe) ______________

**SERVICE BY** ***(check one)*:**

- ○ **ATTORNEY/REQUESTER: (Email)** ______________
- ○ **PROCESS SERVER: (Email)** ______________
- ○ **PICK UP: (Person/Agency Name and Phone Number)** ______________
- ○ **TRAVIS COUNTY CONSTABLE:** Please select PCT if you have a preference ○ 1 ○ 2 ○ 3 ○ 4 ◉ 5
- ◉ **CERTIFIED MAIL**
- ○ **OTHER,** ***explain*:** ______________

**Requested by:**

**Name:** Matt Bachop
**Mailing Address:** 8140 N Mopac Expy, Suite 4-250
**City, state, Zip:** Austin TX 78759
**Phone Number:** 737.205.1026
**E-mail Address:** mbachop@ddollaw.com

**Notes/Comments to the clerk:** ______________

## Civil Process Request Form - Additional Parties

**SERVICE TO BE ISSUED ON:** **(Please List Exactly As The Name Appears In The Pleading To Be Served)**

2. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

3. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

4. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

5. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

6. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

7. **Issue Service to:** ____________________
   **Address of Service:** ____________________
   **City, State & Zip:** ____________________
   **Agent:** **(if applicable)** ____________________

06/21/2024 04:19:52 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003720

Cause No.: D1GN24003720 {} In the 455th District Court
{} TRAVIS County
Plaintiff: {}
JAMEKA ELEAZER

Defendant:
ORACLE AMERICA INC

Officer's Return

Came to hand June 17, 2024 at 12:57 P.M. and executed in Travis County, Texas, on June 18, 2024 at 1:30 P.M. by delivering to ORACLE AMERICA INC by delivering to its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701, by delivering to NIESHA GROSS designated agent for service, a true copy of the citation together with accompanying copy of the Plaintiff's ORIGINAL petition.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by:____________________
Josh Alba, Deputy

CITATION
THE STATE OF TEXAS
**CAUSE NO. D-1-GN-24-003720**

JAMEKA ELEAZER , PLAINTIFF(S)

vs.

ORACLE AMERICA, INC. , DEFENDANT(S)

TO: **ORACLE AMERICA, INC.**
**BY SERVING ITS REGISTERED AGENT**
**CORPORATION SERVICE COMPANY**
**211 E 7TH STREET #620**
**AUSTIN TX 78701**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."**

Attached is a copy of the **PLAINTIFF S ORIGINAL PETITION** in the above styled and numbered cause, which was filed on **JUNE 12, 2024** in the **455TH DISTRICT COURT** of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, **JUNE 17, 2024**

RECEIVED 2024 JUN 17 PM 12:57 CONSTABLE PRECINCT 5 TRAVIS COUNTY TEXAS

REQUESTED BY:
**MATTHEW BRADLEY BACHOP**
**8140 N. MOPAC EXPY #4-250**
**AUSTIN, TX 78759**
F+. 512-474-7896

Velva L Price
Travis County District Clerk
Civil Family Court Facility (CFCF)
1700 Guadalupe Street P.O. Box 679003 (78767)
Austin TX 78701

**Ruben Tamez, Deputy**

RETURN

Came to hand on the _____ day of ________________, ________ at ________ o'clock ____M., and executed at ______________________________ within the County of ____________________ on the _____ day of ________________, ________, at ________ o'clock ____M., by delivering to the within named ______________________________, each in person, a true copy of this citation together with the **PLAINTIFF S ORIGINAL PETITION** accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

Service Fee: $ ________

Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the _____ day of ________________, ________.

By: ______________________________

Printed Name of Server

______________________ County, Texas

Notary Public, THE STATE OF TEXAS
**D-1-GN-24-003720**

**PCT 5 - CERTIFIED MAIL SERVICE**

COMPLETE

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
1003 Guadalupe
Austin, Texas 78701
June 20, 2024

DISTRICT CLERK TRAVIS
P.O. BOX 679003
AUSTIN,TEXAS 78767

# INVOICE

Cause Nbr: D1GN24003720-1
Plaintiff: JAMEKA ELEAZER
Service Name: ORACLE AMERICA INC

Service Fee: 85.00
Payment Received: 85.00
Balance Due: 0.00

Thank you for allowing us to be of service to you in this case.

7/10/2024 2:33 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003720
Susan Schmidt

**CAUSE NO. D-1-GN-24-003720**

| | | |
|---|---|---|
| **JAMEKA ELEAZER,**<br>**Plaintiff,** | §<br>§ | **IN THE DISTRICT COURT OF** |
| **v.** | §<br>§<br>§ | **TRAVIS COUNTY** |
| **ORACLE AMERICA, INC.**<br>**Defendant.** | §<br>§<br>§ | **455TH JUDICIAL DISTRICT** |

**DEFENDANT'S ORIGINAL ANSWER**

Defendant Oracle America, Inc. ("Defendant" or "Oracle") hereby submits its Original Answer to Plaintiff Jameka Eleazer's ("Plaintiff") Original Petition ("Petition") pursuant to Texas Rule of Civil Procedure 85, and would show the Court as follows:

**I.**
**GENERAL DENIAL**

As authorized by Rule 192 of the Texas Rules of Civil Procedure, and without waiving any right to file special exceptions, special denials, or other pleadings as it may deem appropriate, Defendant generally denies each and every allegation contained in Plaintiff's Petition, and demands strict proof thereof.

**II.**
**DEFENSES**

Subject to and without waiving the foregoing, and without waiving Plaintiff's burden to show to the contrary, Defendant asserts the following defenses:

1. Defendant avers that Plaintiff has failed to state any claim upon which relief can be granted with regard to some, or all, of Plaintiff's claims.

2. Defendant avers that Plaintiff was employed at-will and subject to termination for any legitimate reason or for no reason at all.

3. Defendant avers that at all times relevant to this suit it has acted in good faith with regard to Plaintiff and had reasonable grounds to believe that its actions were not in violation of any law.

4. Defendant asserts that all actions taken by Defendant with regard to Plaintiff's employment were based upon legitimate, non-discriminatory reasons.

5. Defendant avers that it exercised reasonable care to prevent and promptly and appropriately correct any unlawful discriminatory or retaliatory behavior and Plaintiff unreasonably failed to take advantage of the preventative and corrective opportunities which Defendant provided, or to otherwise avoid harm.

6. Defendant asserts the defenses of laches, waiver and estoppel.

7. Defendant asserts that Plaintiff's claims for damages, if any, are subject to all applicable limitations on such damages as set forth in state and federal law, including but not limited to, 42 U.S.C. Section 1981a and Section 41.001 *et seq*. of the Texas Civil Practice and Remedies Code.

8. Defendant asserts that Plaintiff has failed to mitigate her damages, if any. To that extent, Plaintiff may not recover from Defendant.

9. Plaintiff's damages, if any, should be offset by any subsequent earnings or benefits and by any damages caused by Plaintiff to Defendant.

10. Defendant avers that any claims for punitive or exemplary damages are barred because Plaintiff cannot prove that Defendant acted with actual malice, willfulness, wantonness, bad faith, or reckless indifference relative to her.

11. Defendant asserts that, pursuant to Plaintiff's arbitration agreement with Defendant, certain claims by Plaintiff arising out of or related to Plaintiff's employment with

Defendant, or the termination of Plaintiff's employment with Defendant, may be subject to final and binding arbitration.

12. Defendant avers that to the extent Plaintiff seeks punitive or exemplary damages, such request violates Defendant's rights to procedural and substantive due process and its right to protection from "excessive fines" as provided in the Fourteenth, Fourth and Eighth Amendments to the United States Constitution and any parallel state law.

13. Defendant avers that this action is frivolous, unreasonable, and groundless, and accordingly, Defendant is entitled to attorneys' fees and other costs associated with the defense of this action.

14. Defendant avers the doctrine of after-acquired evidence as a defense.

15. Defendant reserves the right to assert additional affirmative defenses as they become evident through discovery or investigation.

## III.
## PRAYER

Defendant prays that this Court enter judgment in its favor, dismissing the lawsuit with prejudice, and award Defendant reasonable costs, attorney fees, and such other relief as may be just and proper.

Respectfully submitted,

**CORNELL SMITH MIERL**
**BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone: (512) 328-1540
Telecopy: (512) 328-1541

Edward M. "Ted" Smith
State Bar No. 00791682
tsmith@cornellsmith.com
Sarah E. Lancaster
State Bar No. 24092663
slancaster@cornellsmith.com

By: */s/ Edward M. "Ted" Smith*
Edward M. "Ted" Smith

**ATTORNEYS FOR DEFENDANT ORACLE AMERICA, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I served a copy of the foregoing via the Court's e-file system to the following counsel of record:

**Matt Bachop**
DEATS DURST & OWEN, PLLC
8140 N. Mopac Expy, Suite 4-250
Austin, Texas 78759
mbachop@ddollaw.com

*/s/ Edward M. "Ted" Smith*
Edward M. "Ted" Smith

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Assistant Cornell Smith on behalf of Ted Smith
Bar No. 791682
assistant@cornellsmith.com
Envelope ID: 89638450
Filing Code Description: Answer/Response
Filing Description: DEFENDANT'S ORIGINAL ANSWER
Status as of 7/10/2024 4:15 PM CST

Associated Case Party: JAMEKA ELEAZER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew Bachop | 24055127 | mbachop@ddollaw.com | 7/10/2024 2:33:05 PM | SENT |

Associated Case Party: ORACLE AMERICA, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ted Smith | | tsmith@cornellsmith.com | 7/10/2024 2:33:05 PM | SENT |
| Sarah Lancaster | | slancaster@cornellsmith.com | 7/10/2024 2:33:05 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gabriela Ramirez | | assistant@cornellsmith.com | 7/10/2024 2:33:05 PM | SENT |