**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMEKA ELEAZER,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 1:24-cv-00777-DII |
| | § | |
| **ORACLE AMERICA, INC.** | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT ORACLE AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT

Before the Court in the above-styled and numbered cause is Defendant Oracle America, Inc.'s ("Defendant" or "Oracle") Motion for Summary Judgment, filed July 23, 2025 (the "Motion"). The Court, having reviewed Defendant's Motion and evidence submitted therewith, any related pleadings and evidence, the entire case file, and the applicable law, determines that Defendant has demonstrated that it is entitled to judgment as a matter of law on all of Plaintiff's claims. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Oracle America, Inc.'s Motion for Summary Judgment, filed July 23, 2025, is **GRANTED** in full. **IT IS FURTHER ORDERED** that Plaintiff take nothing in this cause, that Plaintiff's Original Petition, originally filed in the 455th District Court of Travis County, Texas, is **DISMISSED WITH PREJUDICE** as to all claims, and that Defendant be awarded its costs. The Clerk is directed to close this matter.

SIGNED this _____ day of _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE