# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JAMEKA ELEAZER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No: 1:24-cv-00777-DII |
| | § | |
| ORACLE AMERICA, INC. | § | |
| Defendant. | § | |

## <u>DECLARATION OF GARRETT MILLER</u>

1.      I am a Regional Sales Manager for Oracle America, Inc. ("Oracle"). I have been at my current position since June 1, 2022. As a Regional Sales Manager, I am the direct supervisor for, and oversee the work of, Application Sales Representatives ("ASR") assigned to me. I was Jameka Eleazer's ("Ms. Eleazer") direct supervisor from June 1, 2022 until the end of her employment with Oracle.

2.      I started my employment with Oracle as a Business Development Consultant. The Business Development Consultant role is an entry-level sales position at Oracle that does not have responsibility for booking or closing any actual sales. Instead, when a Business Development Consultant uncovers a lead or opportunity, it is their responsibility to pass that opportunity along to the sales team.

3.      An ASR is responsible for working with existing Oracle clients to sell them expansions to existing Oracle products they have already purchased, as well as selling them new Oracle products that they are not currently utilizing. Unlike the Business Development Consultant position, ASR's are expected to meet certain quarterly sales attainment goals. ASR's are also expected to meet certain Key Performance Indicators showing their engagement in activities to assist in generating sales and sales pipeline, including: making telephone calls, sending emails, scheduling and participating in meetings, and presenting product demonstrations.

4.      Oracle's Fiscal Year begins on June 1st and ends on May 31st each year.

5.      Shortly after I began managing Ms. Eleazer, I noticed that she seemed to lack a sense of urgency as she regularly missed various deadlines and failed to complete tasks in a timely manner. I documented many of these performance deficiencies in a Performance Management Log, which I maintained as a matter of course for all employees on my sales team. A true and correct copy of my Performance Management Log for Ms. Eleazer is attached as **Exhibit A-1.**

6.      I also observed that Ms. Eleazer lacked the ability to drive her own sales without relying on significant assistance from either myself or her assigned field team. As a result, Ms. Eleazer only achieved 12% of her sales attainment goal for Q2 of Fiscal Year 2023, and 49% of her sales attainment goal for Q3 of Fiscal Year 2023.

Confidential – Oracle Internal

7.     While Ms. Eleazer did meet her sales attainment goal in Q1 of Fiscal Year 2023, this was by virtue of a sale that was set up before Ms. Eleazer took over the territory and which was largely driven by her field sales team, not Ms. Eleazer. As a result, Ms. Eleazer received credit for this sale even though she had very little involvement in it.

8.     In addition to Ms. Eleazer's low sales attainment numbers, her pipeline generation and activity metrics were also well below Oracle's stated expectations in Fiscal Year 2023.

9.     Because this was my first time to serve in a management-level role, in the Fall of 2022 I began to consult with Nicole Levitt, my Area Sales Manager, and Denise Choi, the designated Human Resources Business Partner for my Sales Area, to seek their advice and counsel as to how best to address Ms. Eleazer' performance issues. Based on these consultations and discussions, I initiated regular "performance sync" meetings each week with Ms. Eleazer in an attempt to help her improve her performance. Despite these efforts, Ms. Eleazer failed to show significant improvement or progress, so I met again with Ms. Levitt and Ms. Choi as to next steps. Ms. Levitt, Ms. Choi, and I all agreed that a Performance Improvement Plan ("PIP") was the appropriate next step based upon Ms. Eleazer's lack of improvement.

10.     I worked with Ms. Choi to prepare the PIP, and presented it to Ms. Eleazer on March 29, 2023. I met with Ms. Eleazer that same day to discuss the following specific performance deficiencies, which were identified in the PIP: (1) her failure to meet Oracle's sales pipeline and attainment goals; (2) her failure to engage in expected sales generation activities (including telephone calls, emails, meetings and sales demonstrations); and (3) her lack of urgency in completing day-to-day tasks and assigned action items. I highlighted to Ms. Eleazer that she had only met her sales attainment goals during one quarter of the Fiscal Year (Q1, in which she received credit for a sale that was not primarily driven by Ms. Eleazer), and that she had only reached 12% of her attainment goal in Q2, and 49% of the goal in Q3. I also discussed her failure to meet the pipeline generation goals, as well as the Key Performance Indicator goals for pipeline generation activities. I also noted that there were several occasions in which Ms. Eleazer had failed to complete various action items by the designated deadlines. I further noted that I had discussed these performance concerns with her previously, but Ms. Eleazer had failed to make any significant improvement. A true and correct copy of Ms. Eleazer's PIP is attached as **Exhibit A-2**.

11.     Over the course of the next several weeks, I exchanged emails with Ms. Eleazer and had various discussions with her in an attempt to address her concerns regarding the PIP, as well as to discuss her progress against the PIP.

12.     As the end of Oracle's Fiscal Year 2023 approached, Ms. Eleazer continued to rank last on my team for overall sales attainment, and her pipeline generation numbers never exceeded 28% of her goals. Additionally, despite repeated coaching on these issues, Ms. Eleazer continued to rely on internal team members (managers, field representatives, and renewal teams) to progress and close sales on her accounts. I also observed that Ms. Eleazer was merely "checking boxes" and doing "busy work" more akin to the entry level position of Business Development Consultant that she previously held at Oracle rather than focusing on activities that could result in sales revenue or pipeline creation as required of all ASR's. As a result of these failures to show

Declaration of Garrett Miller          2

Confidential – Oracle Internal

sufficient improvement in her performance, the determination was made by me and Ms. Levitt, in consultation with Ms. Choi, to move forward with terminating Ms. Eleazer's employment.

13.    Ms. Eleazer's employment was terminated effective June 1, 2023.

14.    In addition to Ms. Eleazer, the ASRs on my team at the time of Ms. Eleazer's termination who are identified below by initials for privacy reasons, had the following pipeline generation and attainment numbers relative to Oracle's stated goals for Fiscal Year 2023:

   a. **AH**

       i. <u>Pipeline Generation</u>: Q1 (143%); Q2 (28%); Q3 (25%); Q4 (50%)

       ii. <u>Attainment</u>: Q1 (93%); Q2 (8%); Q3 (452%); Q4 (3%)

           1. *FY 2023 Attainment*: 133%

   b. **AS**

       i. <u>Pipeline Generation</u>: Q1 (134%); Q2 (178%); Q3 (40%); Q4 (40%)

       ii. <u>Attainment</u>: Q1 (0%); Q2 (124%); Q3 (49%); Q4 (183%)

           1. *FY 2023 Attainment*: 110%

   c. **AW**

       i. <u>Pipeline Generation</u>: Q1 (85%); Q2 (73%); Q3 (67%); Q4 (20%)

       ii. <u>Attainment</u>: Q1 (336%); Q2 (0%); Q3(0%); Q4 (48%)

           1. *FY 2023 Attainment*: 66%

   d. **JW**

       i. <u>Pipeline Generation</u>: Q1 (242%); Q2 (48%); Q3 (130%); Q4 (61%)

       ii. <u>Attainment</u>: Q1 (0%); Q2 (68%); Q3 (26%); Q4 (112%)

           1. *FY 2023 Attainment*: 64%

   e. **JL**

       i. <u>Pipeline Generation</u>: Q1 (88%); Q2 (59%); Q3 (42%); Q4 (60%)

       ii. <u>Attainment</u>: Q1 (0%); Q2 (161%); Q3 (0%); Q4 (18%)

Declaration of Garrett Miller                                                                 3

1. *FY 2023 Attainment*: 41%

    **f.  Jameka Eleazer**

      i.  <u>Pipeline Generation</u>: Q1 (22%); Q2 (20%); Q3 (28%); Q4 (26%)

      ii.  <u>Attainment</u>: Q1 (154%); Q2 (12%); Q3(49%); Q4 (0%)

        1.  *FY 2023 Attainment*: 37%

15.    Oracle's goals for sales attainment, pipeline generation, and sales generation activities were the same for all ASRs on my sales team.

16.    None of the other ASRs on my team for Fiscal Year 2023 exhibited similarly consistent performance issues or lack of initiative and urgency as Ms. Eleazer did.

My full name is Garrett Miller, my date of birth is April 24, 1995 and my work address is 2300 Cloud Way Austin, TX 78741.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Hays County, State of Texas on the 23rd day of July, 2025.

Signed: _____

DocuSigned by:

*Garrett Miller*

A8A32BDE6CDA40D...

GARRETT MILLER

Confidential – Oracle Internal

**docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: F74E2C7D-0C0E-42FF-B317-B167AF2FF662 | | Status: Completed |
| Subject: Please Sign | | |
| Sales Rep Letter FY25: | | |
| Oracle Health company name for term: | | |
| Ace Program Travel: | | |
| Popeyes OMA name: | | |
| SR #: | | |
| Popeyes OMA name(1): | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Garrett Miller |
| AutoNav: Enabled | | 500 Oracle Pkwy |
| EnvelopeId Stamping: Disabled | | Redwood City, CA  94065-1675 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | garrett.c.miller@oracle.com |
| | | IP Address: 192.33.247.85 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Garrett Miller | Location: DocuSign |
| 7/23/2025 6:28:09 AM | garrett.c.miller@oracle.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Garrett Miller | [signature: Garrett Miller] DocuSigned by: A8A32BDE6CDA40D... | Sent: 7/23/2025 6:29:15 AM |
| garrett.c.miller@oracle.com | | Viewed: 7/23/2025 6:29:25 AM |
| Sales Manager | | Signed: 7/23/2025 6:29:35 AM |
| Oracle | | |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 192.33.247.85 | |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/23/2025 6:29:15 AM |
| Certified Delivered | Security Checked | 7/23/2025 6:29:25 AM |
| Signing Complete | Security Checked | 7/23/2025 6:29:35 AM |
| Completed | Security Checked | 7/23/2025 6:29:35 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

# EXHIBIT A-1

DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL

## CONFIDENTIAL

### Performance Management Log

**Note:** This form should be used to keep track of both positive and negative actions by the employee. It should only contain facts and observations, not opinions. This form is to be kept strictly confidential. This is not a "write-up" and should not be referred to as a "write-up."

Log for: Jameka Eleazer
Employee Name

Manager: Garrett Miller

| Date of Occurrence | Describe Job-related Incident (What took place and why should this be noted?) | Action Taken by Manager (What expectation was communicated and why?) | Comments |
|---|---|---|---|
| 8/22/2022 | Not responding to urgent request for ORC usage info | Followed up after the deadline when no response was received. Rep finally sent information ~8 hours after the previously | |
| 9/6/2022 | Not completing Field Expansion Opp spreadsheet by due date of 9/2/22 | Followed up via email on 9/6 requesting completed document ASAP | |
| 9/7/2022 | Did not join mandatory org-wide FAW call until prompted via Slack - "Don't think it will be new info for me" | Slacked rep to join the call and re-iterated that the call was mandatory | |
| 9/8/2022 | Not joining mandatory org meeting until prompted | Slack message sent to rep to join meeting 3 minutes after it started | |
| 9/9/2022 | Rep instructed on 9/8/22 to update opportunity to show strong deal qualification before EOD. Deal qualification was not updated by morning of | Sent follow up email with specific items that needed to be updated. | Rep updated deal qualification - has been going through lots of stress and has had a ver tough couple weeks emotionally |
| 9/26/2022 | Rep failed to send list of CloudWorld registrations after 4 days notice and multiple reminders | Followed up directly with rep via email asking for info to be sent today. | |
| 10/21/2022 | Rep was instructed to send progress report on HCM Communicate program on 10/20/22 but did not send report | followed up via email morning of 10/21/22 | Had to follow up again via slack 1.5 hours later as there was no response to the email and report was due to sales programs in 1 |
| 10/24/2022 | Continued to ignore instruction to complete rev rec training. Had told entire team during team meeting to complete by 10/14. Followed up | Continued to ignore instruction to complete rev rec training. Had told entire team during team meeting to complete by 10/14. | |
| 10/18/2022 | Jameka struggled throughout the start of Q2 around pipeline generation, quota attainment, regular pipeline hygiene, etc. | Addressed shortcomings during 1x1 and set goals for remainder of quarter. | Continue to address activity performance in 1x1 meetings and offer coaching |
| 11/30/2022 | Final Q2 Activity/Attainment: $11.2K Won ARR (12% attainment). $133K Pipe created on 7 opptys. 79 Calls/week. 2 Meetings/week. 66 | Continued to provide coaching and check in on status after meeting on 10/18/22. | |
| 1/11/2022 | Jameka struggled throughout the start of Q3 around pipeline generation, quota attainment, regular pipeline hygiene, etc. | Addressed shortcomings during 1x1 and set goals for remainder of quarter. | |
| 1/26/2022 | Required urgent update from several reps around ongoing sales play. Emailed reps on 1/25/23 Slack before she responded with an update on her deal. | Had to follow up with Jameka via email and Slack before she responded with an update on her deal. | |
| 2/10/2023 | Rep Attainment/Activities QTD: $0 Won Rev. $167K pipe created on 2 opptys. 44 calls/week. 1 meeting/week. 107 emails/week. 3 demos QTD. | Met with rep to determine action plan to close more FY23 pipeline as well as finding new quality pipeline to close this FY. Also discussed | Agreed to meet weekly to review progress and continue to offer coaching. |
| 2/17/2024 | Entire team was instructed to fill out spreadsheet with Field Team account mappings by 1 PM CT 2/17/23. Jameka was the only rep to not | Manager followed up with rep individually to ask for the spreadsheet, which was finally provided. Plan to follow up in 1x1 meeting on | |
| 2/22/2024 | Met with rep 2/22/23 to review progress on sales plays that were given to rep on 2/10/22. There was no progress on these Sales Plays. Biggest takeaway is that Jameka is not engaged with 3 of her 4 Fusion HCM installs. Rep had clearly not prepared to discuss each sales/target account. | Continue to hold weekly Performance Syncs with Jameka to provide coaching, review progress on sales plays, determine sales strategy, and outline relevant next steps | Follow email screenshot below |
| 2/27/2023 | Jameka was out sick Thursday (2/23) and on PTO Friday (2/24). I slacked her Monday (2/27) asking for an update on a deal, and she responded that | Wanted to reach out to rep first thing on the morning that she would be out sick if she is going to be out multiple days in a row. | |
| 3/3/2023 | Finished Q3 ranked 159 of 189 in ODNA Activity score with 50% Q3 attainment and 37.5% FY23 Attainment. | Met with rep to review performance. Also reviewed progress on engaging 3 "low interaction" fusion installs and progress on | Email screenshot below - still not engaged with AWG. Not even tryign to engage with Rouse's. Finally compiled list of target |
| 3/10/2023 | Met w/ Jameka to review progress engaging low-interaction accounts. Some progress is being made, but stronger sense of urgency is needed | Discussed morning of 3/10/23. Sent Follow up email same day with expectations for next steps. | screenshot of follow up below |
| 3/13/2023 | Team was instructed to send revised Q4 Call by EOD Firday 3/10. Email was send Wednesday 3/8. Jameka had still not provided Revised Call on | Followed up via email requesting revised Call ASAP. Plan to discuss this lack of urgency in 1x1 during performance sync w/ | |
| 3/13/2023 | Team was instructed to move all Q4 deals to Strong/Green qualification status or 3/10/23 or explain what qualification items we're missing. Jameka was sent a list of action items to be | Followed up via email. Plan to discuss with Jameka during 3/17 performance meeting | |
| 3/20/2023 | completed on Friday 3/17 and asked to provide an update on the status on each item by EOD | Followed up on Monday 3/20 asking for an update on the status of each outstanding item. | |
| 3/29/2023 | Met with Jameka and discussed details of her Performance Improvement Plan. Jameka seemed slightly caught off guard and pushed back on | Explained that KPI targets are the bare minimum. Even accounting for Holidays/PTO, Jameka's KPIs are short of targets. | |
| 3/31/2023 | Weekly Performance Sync - continue to discuss performance improvement and outline action items/next steps for specific accounts and | Agreed on next steps for Q4 target accounts, follow up with email (screenshot below) | |

3/29/23 PIP





8/31/2022

Garrett Miller 2:32 PM
I'm having the same issue

Wednesday, August 31st ▾

Garrett Miller 2:44 PM
@channel Hi All, as mentioned on the team meeting today, I need all of you to comb through the pipeline for your install accounts and make note of each expansion opp that is not in our forecast (aka the ISE rep name & territory is the credit receiver on the expansion line).

Please fill out the attached spreadsheet for each of these field forecasted expansion opps (both above and below the $200K threshold). Please get this spreadsheet completed and returned to my by EOD Friday (9/2). If you have any questions, let me know. Thanks!

Excel Spreadsheet ▾

Team Miller Field Expansion Opps 8.31.22.xlsx
Excel Spreadsheet

Account Name  Opp ID  Product(s)  ARR    Forecast %  Close Date

👍 1  😊





A44TMX – Chipotle
A4C2HM – Saks
A4DLHX – Empire Today
A4D37 – Ecco Usa
A4KYFF – Estee Lauder
A4G3K9 – Wendy's

Let me know if you have any questions.

Thanks,
Garrett





**Garrett Miller**
FW: Action Required: Cloud World Registrations
To: Jameka Eleazer

Hi Jameka,

Please send me the below info today. Let me know if you have any issues finding the data in the MIR Dashboard.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

From: Garrett Miller
Sent: Friday, September 23, 2022 4:05 PM
To: @miller_directs_ww <@miller_directs_ww@oracle.com>
Subject: RE: Action Required: Cloud World Registrations

Hi All,

Please be sure to send me the below information if you have not already. Let me know if you have any questions.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666

From: Garrett Miller
Sent: Tuesday, September 20, 2022 1:44 PM
To: @miller_directs_ww <@miller_directs_ww@oracle.com>
Subject: Action Required: Cloud World Registrations

Hi Team,

Please use the following step-by-step instructions for reviewing the list of customers in your territory who are currently registered to attend CloudWorld.

1. Access this link: Cloud World INTERNAL Only Sales Page
2. Under "Top Actions", select "Find out if your customer has registered | Dashboard"
3. Under "Report Dashboards", click the first option: "Sales | Marketing Intelligence Reports (MIR) – VPN Required"
4. At the top of the MIR Page, click the "Event Registrations" tab
5. Change the "Event Date Filters" on the left side of the page to reflect only the following filters
   a. Fiscal Year: FY23
   b. Fiscal Quarter: FY23 Q2
   c. Event End Month Year: 2022/10
6. After you apply these filters, the only events that show up should be "Oracle CloudWorld", "CloudWorld Executive Summit Business Courtesies Form", and "Partner Executive Summit at Oracle Cloudworld"

This should show the list of every contact in your territory who is registered for CloudWorld. Please make a note of who is registered and **send me the following information by the end of this week (9/23):**

1. How many total contacts registered in your territory
2. List of each specific contact (names and titles) at your HCM and Taleo install accounts who are registered for CloudWorld
3. List of each specific contact (names and titles) at your HCM and Taleo install accounts who are registered for the Executive Summit
4. How many invites have you sent to your HCM and Taleo install accounts using our specific discount code (DTNAA_CGM)
   Account X: 21 invites sent
   Account Y: 12 invites sent
   Account Z: 29 invites sent
   Etc.
5. If you've invited any Non-HCM/Taleo customers using our discount code, please include the total number of invites sent to these accounts as well

Please continue driving attendance to this event – I know there will be a huge focus on Oracle ME as well as some of our other newer HCM modules. Let me know if you have any questions or run into any issues getting the list of contacts in your territory who have registered.

Thanks,
Garrett

↩ Reply   ↩ Reply All   → Forward   IM



**Garrett Miller**
RE: Action Required: Cloud World Registrations
To: Jameka Eleazer

Thank you Jameka.

Please make it a priority this week to invite contacts from your HCM install accounts to register using our team discount code. We should be able to get at least a couple registered, especially if no one from your HCM install accounts has registered yet.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

From: Jameka Eleazer <jameka.eleazer@oracle.com>
Sent: Monday, September 26, 2022 10:27 AM
To: Garrett Miller <garrett.c.miller@oracle.com>
Subject: RE: Action Required: Cloud World Registrations

1) 24 Registered
2) N/a
3) n/a
4) n/a
5) n/a

All my registered folks are non HCM installs, a few ERP installs

Jameka

Jameka Eleazer | Applications Sales Representative, Oracle HCM
Phone: +1737.867.3574 | LinkedIn

Oracle is committed to developing practices and products that help protect the environment

From: Garrett Miller <garrett.c.miller@oracle.com>
Sent: Monday, September 26, 2022 10:04 AM
To: Jameka Eleazer <jameka.eleazer@oracle.com>
Subject: FW: Action Required: Cloud World Registrations

Hi Jameka,

Please send me the below info today. Let me know if you have any issues finding the data in the MIR Dashboard.

Thanks,
Garrett

**ORACLE**

10/21/2022



↩ Reply   ↩ Reply All   → Forward   IM

Fri 10/21/2022 9:27 AM
**Garrett Miller**
FW: ODNA HCM Communicate Rapid Start Program is now available. Please use this template to invite your CORE HR Install HR IT contacts to the 30-Day Trial program
To: Jameka Eleazer

ⓘ This message was sent with High importance.

📎 ODNA Rapid Start Program_Oracle ME_Communicate_Oct 17_final.pptx
28 MB

Hi Jameka,

Please send me the below information immediately. I need to send a report on our progress on Sales Programs by 11 AM today.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

From: Garrett Miller



**Sent:** Monday, October 17, 2022 3:14 PM
**To:** gcmiller_directs_ww <gcmiller_directs_ww@oracle.com>
**Subject:** FW: ODNA HCM Communicate Rapid Start Program is now available. Please Use this template to invite your CORE HR install HR IT contacts to the 30-Day Trial program
**Importance:** High

Hi All,

See below email from Emilia and attached PowerPoint for details on the HCM Communicate Rapid Start Program.

Please be sure to put an emphasis this week on reaching out to your target customers to present this offering. Any HCM customer who is live on Core HR is a valid target – they will be able to participate in the Rapid Start program as soon as the 22D release hits their environment.

Each of the RMs will be reporting progress back to Sales Programs EOD Thursday, **so by 3:30 PM CT Thursday I will need the following information from each of you:**

- Number of eligible targets (aka number of HCM accounts live on Core)
- Number of contacts invited for each target account (Account #1: 4 contacts invited, Account #2: 6 contacts invited, etc)
- Number of positive responses/interested customers
- Number of negative responses/customers not interested

Please keep me updated as you receive feedback from your customers on this offer. If you have any questions around the Rapid Start Program, please let me know.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**From:** Emilia Stradalowicz <emilia.stradalowicz@oracle.com>
**Sent:** Monday, October 17, 2022 1:00 PM
**To:** Jane Veader <jane.glasgow@oracle.com>; Dennis Villahermosa <dennis.villahermosa@oracle.com>; Ami May <ams.may@oracle.com>; Brian Klieb <brian.klieb@oracle.com>; nanjohns_org_ww <nanjohns_org_ww@oracle.com>; fhagstro_org_ww <fhagstro_org_ww@oracle.com>; Howard Curzman <howard.curzman@oracle.com>
**Cc:** amehrok_org_ww <amehrok_org_ww@oracle.com>; amay_org_ww <amay_org_ww@oracle.com>; Patricia Tremba

---

10/24/2022



↩ Reply  ↩ Reply All  → Forward  🗪 IM
Mon 10/24/2022 8:47 AM
**Garrett Miller**
FW: You have been assigned to: Revenue Recognition Sales Training
To   Jameka Eleazer
🛈 This message was sent with High importance.

Hi Jameka,

Please complete your Revenue Recognition Training today. If you have any questions or issues accessing the training, let me know.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**From:** Garrett Miller
**Sent:** Wednesday, October 19, 2022 5:17 PM
**To:** ████████████████████████ Jameka Eleazer <jameka.eleazer@oracle.com>
**Subject:** FW: You have been assigned to: Revenue Recognition Sales Training
**Importance:** High

Hi All,

You should have all received an email similar to the one below on October 4th. Please use the link in that email to access your Revenue Recognition Training and complete this training no later than this Friday, October 21.

Let me know if you have any questions or any issues accessing the training.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**From:** Oracle Sales and Partner Academy <integration-services_ww@oal.oraclecloud.com>
**Sent:** Tuesday, October 4, 2022 9:30 AM
**To:** Garrett Miller <garrett.c.miller@oracle.com>
**Subject:** You have been assigned to: Revenue Recognition Sales Training



Dear Garrett,

You have been assigned to Revenue Recognition Sales Training. Use the button below to enroll and get started.

**10/18/2022**



Hi Jameka,

I know we covered a lot during our 1x1 so I wanted to send a quick recap on the EOQ2 (Nov 30th) targets that we set:

- FY23 Pipeline Created: 300K minimum (based on 50K/week target)
- Update "Action to Close" weekly for all FY23 Opps – including AEO and AFW renewal opps in Q1FY24
- 100% Moderate or Strong Deal Qualification for all FY23 Opps (no Weak/Red qualification strength)
  - AFW Opp A475YZ – currently red
  - AEO Opp A47X5R – currently red, could potentially be closed out
  - AEO Opp A4HNC3 – currently red
- Ensure you're achieving all weekly KPIs:
  - 100 calls
  - 25 emails
  - 6 meetings
  - 1 demo
- Get engaged with Rouse's and validate that opportunity (check SRs for active HCM users)
- Close Ecco renewal before Nov 30th
- Get engaged/start cadence with AFW

Please let me know if you have any questions or if there's anything I can do to help you achieve these goals.

Thanks,
Garrett

**ORACLE**

Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**1/11/2023**



Hi Jameka,

Thanks again for taking the extra time in our 1x1 today to review your progress so far this quarter and set some goal for the end of Q3. I know we covered a lot, so wanted to send a quick recap of the goals we discussed.

**Budget Attainment:**
Q3 Goal: $115K  (Budget = $123.6K)

**Pipe Creation:**
Q3 Goal: $400K ($77.8K Created QTD)

**Weekly Activity Targets:**
100 calls
25 emails
6 meetings
1 demo
Update Actions to Close weekly for all opps and make sure all opps have Moderate or Strong Deal Qualification

I feel that we have a solid path to getting to these goals, especially by leveraging the sales plays as discussed on the call (Oracle ME, ORC

Booster, FAW, etc). I also forgot to mention on the call, but many companies will be releasing their 10K statements in the next 1-2 months, so be sure to leverage those to expand license counts for both Fusion and Taleo customers.

Please let me know if there is anything I can do to help in the process of driving more pipeline creation and progressing/closing any of the deals we discussed today.

Thanks in advance,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

1/26/2023



↩ Reply    ↩ Reply All    → Forward    IM
Thu 1/26/2023 2:08 PM
**Jameka Eleazer**
RE: Q4 Oracle ME Deals
To   Garrett Miller

AWG: They have only shown interest in communicate; no demo has been had.

Had their first on-site meeting with the field 1/26; so as of now, it looks like this may not close FY23.

-Jameka

**From:** Garrett Miller <garrett.c.miller@oracle.com>
**Sent:** Thursday, January 26, 2023 12:45 PM
**To:** Jameka Eleazer <jameka.eleazer@oracle.com>
**Subject:** FW: Q4 Oracle ME Deals
**Importance:** High

Hi Jameka,

Please send me the below information on your opp for AWS. Let me know if you have any questions.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**From:** Garrett Miller
**Sent:** Wednesday, January 25, 2023 5:18 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Jameka Eleazer
<jameka.eleazer@oracle.com>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Q4 Oracle ME Deals
**Importance:** High

Hi All,

Apologies in advance for the fire drill, but Patricia is looking to compile details on all Oracle ME pipeline. Sales Programs has pulled this list of ME opps for Q4. **By 12 PM CT tomorrow (1/26) I need each of you to send me the following details for your opp(s):**

Products in Play (Touchpoints, Communicate, etc):
Will they be closing this FY:
Has customer seen product demo (if not, do we have a demo scheduled?):
For Communicate Opps – is customer doing Communicate Rapid Start program:
Scheduled next steps:

| Territory Owner E-mail | Customer Name | Focal Quarter |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | Saks Incorporated | FY23-Q4 |
| | Samsonite LLC | FY23-Q4 |
| | Hormel Foods Corporation | FY23-Q4 |
| | Macys.com, LLC | FY23-Q4 |
| jameka.eleazer@oracle.com | Associated Wholesale Grocers, Inc. | FY23-Q4 |
| ▮▮▮▮▮▮▮▮ | Boscov's, Inc. | FY23-Q4 |

Please let me know if you have any questions.

2/10/2023



↩ Reply    ↩ Reply All    → Forward    IM
Fri 2/10/2023 4:45 PM
**Garrett Miller**
H2FY23 Action Items/Next Steps
To   Jameka Eleazer

ⓘ You forwarded this message on 2/10/2023 4:48 PM.



Hi Jameka,

Wanted to follow up with some next steps/actions items after our call this morning. Again, the purpose of this morning's meeting and these follow ups are to ultimately create, progress, and close more pipeline throughout the remainder of FY23.

Low-interaction account to engage:
- Rouse's

Key Opps to Progress/Pull forward:
- AFW Renewal & T&L
- Big Lots — ODA/IC
- AWG Usage & Communicate
- AEO Renewal

Contractual Triggers — look through Fusion ODs and let me know of any of these terms:
- Price Holds for new modules
- Rebalancing
- Termination in Favor
- Renewals — great opportunity to add new modules, especially if the customer is dropping a current module or licenses

Sales Plays to leverage:
- Usage — continue to monitor any overage in the SPA tool and work to resolve these overages before May 31 (either clean up or expand)
- 10Ks — most customers should be reporting 10Ks in Feb & March — leverage these when it comes to usage deals and license expansion, especially for Taleo customers who cannot be tracked in SPA Usage
- ATEs — Review the number of Test Environments owned by each install account (HCM & Taleo). Make sure all customers are aware of how many ATEs they own and check to see if they have any scheduled projects/testing/implementations for which they would need an additional test pod
- Advanced HCM Controls — target Payroll installs as well as ERP Customers who own Risk Management Cloud
- FAW — target accounts who own FAW for ERP/SCM
- Partial Talent installs — sell remaining talent modules to accounts who own same, but not all, of the Talent SKUs (Performance, Goals, Career Dev, & Talent Review & Succession)
- Recruiting Booster — for any ORC customer
- Oracle ME — target all HCM installs — include ODA Platform and Help Desk, not just Communicate & Touchpoints
- Dynamic Skills — target Talent, Learning, and Recruiting installs
- Data Masking/Data Vault Break Glass — security modules that can be sold to any Fusion customer — jump ball product — can be sold by ERP & HCM, only one DM/DVBG subscription required per SPM

We'll continue to check in periodically throughout the end of the year to update progress and discuss any new sales plays or targets.

Please don't hesitate to bring me on to any deal related calls — internally or with the customer. Also feel free to schedule time on my calendar to review any specific deals or accounts.

Let me know if you have any questions.

Thanks,
Garrett

**ORACLE**

Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

---

2/17/2023

Friday, February 17th

**Garrett Miller**  9:24 AM
@channel Good morning All, happy Friday. Apologies for the quick drill, but I need everyone to take 10 minutes today to fill out the attached spreadsheet for Olga Gvozdenovic. Please fill in the account name, HCM Field, ISE Field, and HCM OD rep email addresses for any accounts you share with Olga's reps of all Fusion HCM and Taleo accounts. Her reps are Alyssa Krolicki, Blanca Chozet, Candace Johnson, Danielle Johnson, Melody Wang, and Phil Shepet.

**Please have this file completed and send back to me by 1 PM CT/11 AM PT today.** Should only take a few minutes for each of you to complete, but let me know if you have any questions. Thanks in advance!

Excel Spreadsheet



Team Olga HCM OD Alignment.xlsx
Excel Spreadsheet



---

2/17/2023

**Garrett Miller**  1:22 PM
Hi Jameka, please send me the filled in spreadsheet for the accounts you share with Olga's reps. Spreadsheet and more details are in the team slack

**Jameka Eleazer**  1:23 PM



Gotcha.

**Jameka Eleazer**  1:56 PM
Excel Spreadsheet ▾

Eleazer_Team Olga HCM OD Alignment.xlsx
Excel Spreadsheet

**Garrett Miller** 🖳  1:58 PM
thank you

**Jameka Eleazer**  1:58 PM
np!

2/22/2023

Wed 2/22/2023 5:57 PM
**Garrett Miller**
RE: Internal - Jameka & Garrett Performance Sync - Wednesday 2/22/23

To   Jameka Eleazer

H2FY23 Action Items/Next Steps
Outlook Item

Hi Jameka,

Wanted to send a follow up recapping our discussion today and outlining next steps/expectations for our Performance Sync next week.

Action Items:

- Get engaged with AEO, AWG, and Rouse's – need to make sure you're engaged with all of your customers in order to position new modules/deals so we aren't just relying on the field team to include you in their deals.
- Price Holds for AWG – propose adding these new modules before price holds expire in May 2023
- AEO Renewal – propose new module to replace Career Dev at renewal, pull renewal into FY23
- Update all FY23 opportunities and any opp that has a chance of being pulled into FY23 – be sure to update these at least once per week
- Activities – work to increase Pipeline Build, Weekly Calls, Emails, and Meetings.
- Internal/Admin type activities – be sure to take action quickly, especially if there is a specific deadline (ie spreadsheet for Olga's team mappings from last Friday) – Faster time to action will help gain trust from your customers, field reps, upper management team, etc.
- Review all ODs/Customer Installs – make a list of each account that has contractual triggers (Price Holds, Rebalancing, Termination in Favor and upcoming renewals)
  - Send me this list when it's finished
- List each account that is a good fit for each of the sales plays I sent you on 2/10/23 (email attached).
  - Send me this list when it's finished
- Compile list of links of 10Ks for each customer that publishes them. Include the date the 10K is released, the specific headcount listed in the 10K, and if the 10K is from last year, list when they will release their next year.
  - Send me this list when it's finished

Please complete those lists this week so you can begin using them and leveraging those sales plays with your target accounts. Be prepared to review them on our Performance Sync on 3/1/23 and provide updates on your progress on getting connected with your Fusion accounts as well as your progress on each of the sales plays.

Please let me know if you have any questions or need anything else from me in the meantime.

Thanks,
Garrett

ORACLE®

Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

2/27/2023

Today ▾

**Garrett Miller** 🖳  10:21 AM
Hi Jameka, hope you're feeling better! I saw the AFW OD was revised and resent late Friday. Do you know if they're still planning to execute that order today or tomorrow?

New

**Jameka Eleazer** 😊  10:24 AM
I'm still out sick today

But yea renewals made a mistake so we had to revise the quote.

Lori met with her president Friday late afternoon (pretty much right after we sent the revised quote) to see if they approved it.

Greg plans to reach out to Lori this afternoon, she should have a signature for us either today or tomorrow.



I'm keeping my eye out for her emails. I can update you once that happens

**Garrett Miller** 10:53 AM

Oh I'm sorry I didn't realize you were still out sick today. I hope you feel better soon! Thank you for the update. You can tell Greg or Lindsay to reach out to me if they need help with anything urgent while you're out sick.

In the future if you're out sick for multiple days please send me a quick note each morning so i know you're still out and so i don't bother you asking for updates or anything else like that.

**3/3/2023**

Reply  Reply All  Forward  IM

Fri 3/3/2023 3:14 PM

**Garrett Miller**

3/3/32 - Performance Sync Follow Up

To  Jameka Eleazer

1_Eleazer_Performance plays.docx
21 KB

Hi Jameka,

Thanks again for taking the time to connect this morning. Wanted to follow up with a quick note recapping our discussion and planned next steps.

**Q3 Final Activity & Attainment Score:**
ONDA Activity Ranking: 159 out of 189
Calls: 55 per week (goal 100 per week)
Meetings: 1 per week (goal 6 per month – be sure to log these)
Demos: 3 QTD (goal is 1 per week or ~13 per quarter)
Pipeline: 2 Opportunities created for $167K (Goal of $650K per quarter)
Q3 Won ARR: $61.9K (50% of Q3 Quota – $124K)
YTD Won ARR: $179K against an FY23 Budget of $477K

**Engagement plan for low-interaction accounts:**
AEO – meeting with customer next week to discuss upcoming renewal with HCM ASM, ISE, and Renewal Rep
AWG – meeting with ASM next week to review roles/responsibilities and discuss plan to include you in customer interactions – need to get engaged to propose leveraging price holds and address usage
Rouse's – Still need to get engaged – check admin in SPA, SRs, OD Signers, Market Intelligence Report, etc. to find contacts who are actively engaged/managing their HCM subscription

Thank you for putting together the attached Word Doc with your targets for the sales plays I sent you on 2/10. Please be sure to add the links to the most recent 10Ks for each of your customers that are public companies. If a customer has not yet released their 10K this year, please include the date their last 10K was release so we know when to expect their newest report. Send me the updated doc when you've done this.

Now that we've compiled this list of sales plays and targets it's time to start engaging them to see where we can find new pipeline to progress and close in Q4 and beyond. Please be prepared to present your progress on these sales play on our next Performance Sync (March 10th).

In the meantime, please let me know if there is anything I can do to help support any of your active deals or sales plays.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-727-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

**3/10/2023**

Reply  Reply All  Forward  IM

Fri 3/10/2022 11:16 AM

**Garrett Miller**

3/10/23 Performance Call Follow Up

To  Jameka Eleazer

Hi Jameka,

Thanks again for your time this morning. Wanted to follow up with some of the next steps/actions items we discussed on the call:

- AEO - great job getting engaged here. Next step - drafting renewal quote that drops Career Dev and adds 3786 licenses to both Performance and Goals (this license count should be close to a $0 overall change after dropping Career Dev - double check ARR before to be sure)
  - Be sure to check for their revised 10K over the next couple weeks - last 10K was released 3/14/22.
- AWG - finally added to weekly cadence calls - next step is setting up separate call with AWG team who manages HCM to present price holds. Need to have a sense of urgency around this and set up call ASAP, with price holds expiring in May 2023.
- Rouse's - set up call with Evosys/Mastek team to get background info on account, future roadmap items, key contacts to speak with at Rouse's, and any other relevant info.
  - Also continue searching for relevant Rouse's contacts and reaching out to them directly (Linkedin, ZoomInfo, etc)
- KPIs - continue to work to reach all weekly KPI goals for Q4 (calls, emails, pipe build, etc). We especially need an emphasis on pipeline build to help find and close deals before May 31st.

I know we didn't have time to get into each of the specific sales plays today - we will start our call next Friday with those sales plays, so please be prepared to share your progress on each of those plays. For now, please send me your updated Word Doc showing progress on these items.

In the meantime, please let me know if there is anything else I can do to help!

in the meantime, please let me know if there is anything else I can do to help!

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

3/13/2023





3/13/2023









3/20/2023



3/20/23

3/23 Thread continued





Please send me a recap by EOD today letting me know the status of you meeting with Rouse's partner, Candace, and Norma (AEO).

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

3/31/2023

Reply    Reply All    Forward    IM

Fri 3/31/2023 3:14 PM
**Garrett Miller**
3/31/23 Performance Sync Follow Up

To    Jameka Cleaver

Hi Jameka,

Thanks again for taking the time to connect this morning. I wanted to send over a recap of our discussion/next steps we discussed for our main Q4 target accounts:

- AWG
  - Price holds to be presented to AWG team by HCM and ISE Field reps as soon as next week.
  - QBR taking place 3rd week of April with time set aside for you to present info on usage, Oracle ME, Recruiting Booster, etc.- let me know what I can do to help prepare for this. I think it would be beneficial to include a slide that shows their current subscription quantities vs. their current usage quantities.
- AEO
  - Hank to speak with Steve Jordan about usage today - AEO to run usage report ASAP.
    - If AEO claims the over-usage is not real, we need to set the expectation with them that it should be cleaned up in the system ASAP (2-3 weeks max).
    - If AEO acknowledges the usage as real, we need them to true up their license quantities ASAP (April 30th would be good target date)
    - If they refuse to true up/expand licenses to account for the overage and they are unable to clean up/remove employee access, then we can consider charging them compliance fees for the full time they've been over-using, <u>but this should be a last resort option.</u>
    - Follow up with Tier 1 ASAP to find how we can view usage internally since it is not showing up in SPA tool.
  - For renewal - need to set the expectation with AEO that we cannot obtain approval for a renewal order until usage is resolved (either cleaned up or expanded).
    - Resolve usage ASAP to ensure we have time to pull renewal into Q4
- Rouses
  - Continue working with Rouse's to resolve customer satisfaction issues
  - Introduce CSM to help with optimization/stabilization
  - Bring in new SI Partner (OCS or 3rd party) to assess their situation and potentially help with re-implementation/re-configuration
  - This could potentially be a good target for new Test Environments, depending on what is required from Rouse's/a partner to re-configure their environment

Please keep me updated on the status of each of these accounts and let me know if there is anything else I can do to help.

Thanks,
Garrett

**ORACLE**
Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741



# EXHIBIT A-2



Date:    March 29, 2023

To:    Jameka Eleazer

From:    Garrett Miller, Regional Manager

CC:    Denise Choi, HR Business Partner

Re:    Performance Improvement Plan

Jameka,

This is a confirmation of our discussion today, 3/29/23.  During our discussion, we talked about my concerns with your overall performance as an ASR, specifically:

- Lack of overall attainment: ASRs are expected to achieve their quarterly and annual budget by finding and driving sales cycles to close.
    - Your quota attainment is as follows: FY23: Q3: 49%, Q2: 12%, Q1: 154%; FY22: 62%
    - While your attainment in Q1FY23 reflects 154%, the vast majority of your attainment was a field driven deal. It's critical you find and drive sales cycles to close.
- Pipeline and forecasting issues: ASRs are expected to create $650K pipeline per quarter.
    - FY23: Q3: $143K Pipe Created (22%), Q2: $133K Pipe Created (20%), Q1: $185K Pipe Created (28%)
- Lack of activities: ASRs are expected to engage in activities that generate at least 100 calls, 25 emails, 6 meetings, and 1 demo every week.
    - Your quarterly KPIs in FY23 are as follows:
        - Average calls per week: Q3: 56, Q2: 79, Q1: 34
        - Average emails per week: Q3: 18, Q2: 31, Q1: 10
        - Total meetings set per quarter: Q3: 9, Q2: 14, Q1: 9
        - Total demos set per quarter in FY23: Q3: 3, Q2: 0, Q1: 0
- Lack of urgency to complete day-to-day tasks and assigned action items: ASRs are expected to complete tasks assigned by their management team in a timely manner, especially when specific deadlines are provided.
    - There have been several occasions this year when you have been asked to complete an action item or task by a specific date and did not complete the task until I had to follow up with you individually. A few examples include revised Q4 call, Oracle ME Pipeline summary, Rev Rec training, etc.

While we have discussed these concerns previously, you have yet to make any improvement.  As your manager, I am here to support you and we will continue to meet regularly, but it is critical that you take responsibility for these issues and make immediate and sustained improvement to your overall performance.  Failure to do so will lead to further corrective action, up to and including termination of your employment.

A copy of this memo will be placed in your Personnel file.  Feel free to call me should you have any questions.