# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JAMEKA ELEAZER, | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No: 1:24-cv-00777-DII** |
| | § | |
| ORACLE AMERICA, INC. | § | |
| **Defendant.** | § | |

### <u>DECLARATION OF NICOLE LEVITT</u>

1.      I am a Group Sales Director for Oracle America, Inc. ("Oracle").  I have been in this role since June 1, 2023.  Prior to this role, I was an Area Sales Manager for Oracle.  As an Area Sales Manager, I was responsible for three direct managers that reported to me, and each direct manager had a sales team that reported through them.

2.      Ms. Eleazer began her employment with Oracle as a Business Development Representative in February 2019, and was promoted to the role of an Application Sales Representative ("ASR") in July 2020.

3.      In her role as an ASR, Eleazer initially reported to Mike Miezo. Mr. Miezo subsequently left Oracle and I assumed direct supervisory responsibility over Ms. Eleazer for the remainder of the 2022 fiscal year.  Because I was Ms. Eleazer's direct supervisor at the end of fiscal year 2022, I issued Ms. Eleazer her performance evaluation for the 2022 fiscal year.

4.      In Ms. Eleazer's 2022 performance evaluation, I issued her an overall rating of "Needs Improvement", as well as ratings of "Needs Improvement" with regard to both Performance Goals and Competencies.  A true and correct copy of Ms. Eleazer's performance evaluation for fiscal year 2022, is attached as **Exhibit B-1**.

5.      From June 1, 2022 until the end of her employment at Oracle, I was Ms. Eleazer's second-line manager in my capacity as the Area Sales Manager of her Sales Area.  During that same time period, Garrett Miller was Ms. Eleazer's direct manager, and Mr. Miller reported to me.

6.      In the Fall of 2022, Mr. Miller reached out to me and Denise Choi, who was the designated Human Resources Business Partner for our Sales Area, to seek our advice and counsel as to how best to address Ms. Eleazer' performance issues.  We recommended that Mr. Miller conduct regular meetings with Ms. Eleazer to discuss the performance issues she was having, as well as ways in which she could try and improve.

7.      After Ms. Eleazer failed to improve her performance, Ms. Choi and I again met with Mr. Miller about next steps.  Mr. Miller, Ms. Choi, and I all agreed that a Performance Improvement Plan ("PIP") was the appropriate next step based upon Ms. Eleazer's lack of

Confidential – Oracle Internal

improvement.

8.      After Ms. Eleazer was issued her PIP, I had a meeting with her and Ms. Choi in early April 2023 to discuss Ms. Eleazer's concerns about her PIP.

9.      Over the course of the next several weeks, I exchanged emails with Ms. Eleazer and had various discussions with her in an attempt to address her concerns regarding the PIP, as well as to discuss her progress against the PIP.

10.     On May 2, 2023, I, along with Ms. Choi and Mr. Miller, met again with Ms. Eleazer to discuss the PIP and her progress to date, which I summarized in an email to Ms. Eleazer on May 4, 2023.  A true and correct copy of the email I sent to Ms. Eleazer on May 4, 2023 is attached as **Exhibit B-2**.

11.     As the end of fiscal year 2023 approached, Ms. Eleazer failed to show sufficient improvement in her performance and the determination was made by me and Mr. Miller, in consultation with Ms. Choi, to move forward with terminating Ms. Eleazer's employment.

12.     Ms. Eleazer's employment was terminated effective June 1, 2023.

13.     During the same time period in which Ms. Eleazer was placed on the PIP for her performance issues, another ASR in my Sales Area was also placed on a PIP on March 30, 2023. This ASR, who will be referred to herein as VP, is of Hispanic race.  Similarly to Ms. Eleazer, VP failed to meet their sales attainment quota in Fiscal Year 2023. VP also failed to meet their new pipeline quotas in all quarters, and also failed to meet their expected pipeline generating activities in all quarters. A true and correct copy of the PIP issued to VP, which has been redacted to protect VP's identity, is attached as **Exhibit B-3**.

14.     VP failed to show significant improvement against the PIP, and was terminated effective May 23, 2023.  A true and correct copy of VP's termination documentation, which has been redacted to protect VP's identity, is attached as **Exhibit B-4**.

15.      In my capacity as Area Sales Manager, I was one of the primary decision-makers regarding VP's termination, along with VP's direct manager.  In addition, VP's direct manager and I also consulted with Denise Choi in her capacity as the Sales Area's designated Human Resources Business Partner with regard to both VP's PIP and her termination.

My full name is Nicole Levitt my date of birth is April 14, 1992, and my work address is 1620 26th Street, Santa Monica, CA 90404.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles County, State of California, on the 23rd day of July, 2025.

Signed: _Nicole Levitt_
_____
NICOLE LEVITT

Declaration of Nicole Levitt                                                                                  2


Zoho Sign

Generated on Jul 23, 2025 13:40 EDT

# Certificate of Completion

## Summary

**Document ID:** 3166A345-P-X5YSKHZPQQ1PSB6TH5BDRAFVCNOFRV4CVNPQ7FRTC

**Document name:** 2025 07 21 - Def.'s MSJ (Declaration of N. Levitt) - sent to client (for signature)

**Sent by:** assistant <assistant@cornellsmith.com>

**Organization:** Cornell Smith Mierl Brutocao Burton LLP

**Sent on:** Jul 23, 2025 13:15 EDT

**Completed on:** Jul 23, 2025 13:39 EDT

**Sign order:** Sequential

**No. of documents:** 1

**Signers:** 1

**Receives a copy:** 1

**Approvers:** 0

**Witnesses:** 0

**Recipient reviewers:** 0

## Recipients

**Signer**

Nicole Levitt
nicole.levitt@oracle.com

**Signature**

*Nicole Levitt*

**Emailed on:** Jul 23, 2025 13:15 EDT

**Viewed on:** Jul 23, 2025 13:39 EDT

**Terms agreed on:** Jul 23, 2025 13:39 EDT

**Signed on:** Jul 23, 2025 13:39 EDT

**Accessed from:** 129.145.50.104

**Device used:** Web

**Authentication type:** None

**Viewer**

Sarah Lancaster
slancaster@cornellsmith.com

**Emailed on:** Jul 23, 2025 13:39 EDT

**Viewed on:** -

**Authentication type:** None

**Accessed from:** -

**Device used:** -

# EXHIBIT B-1

# Eleazer, Jameka

FY22 Annual Evaluation
6/1/21 to 5/31/22
Document Status Completed
Evaluated By Levitt, Nicole

## Employment Details

| | | | |
|---|---|---|---|
| Position | | Job | 6910.Internet Sales Representative I.IC1 |
| Location | US-TX-Austin-2300 Oracle Way | Department | 103065 - 07F: NAA HCM Services ODNA |
| | | Manager | Miller, Garrett |

## Overall Summary

| | Worker | Manager |
|---|---|---|
| Overall Rating | Exceeds expectations | Needs improvement |
| Comments | For all reasons listed below. | Jameka finished FY22 at 62% of her annual quota, with 2 stronger quarters as it relates to attainment. Due to Jameka's alignment in a territory that had accounts up for renewal and existing over-usage, she was able to engage based around an existing compelling event, which helped grow her knowledge of transactional deals. While Jameka did have a deal close each quarter in FY22, the opportunity for her in the new FY will be around taking a more proactive approach to engagement and developing a compelling event that may not already exist, to allow for more mid-contract deals for new modular add-ons. If Jameka is able to take |

Eleazer0176

|  |  | ownership and initiative within her accounts, be proactive with customers, and ask for help when needed, I believe she has the potential to see growth in herself and her abilities within this role. This will in turn lead Jameka to have a deeper understanding of customer's needs, and better understand how to position products and sales plays. |
|---|---|---|

## Participant Feedback

Levitt, Nicole

Eleazer, Jameka

## Performance Goals

|  | Worker | Manager |
|---|---|---|
| Section Rating | Exceeds expectations | Needs improvement |
| Comments | Rated Exceeds because of the leg work I've done on the accounts w/o the help of the field. i.e. Connecting customer to other internal teams ( SE's \| SR Techs \| OU Reps \| ACS Reps \| Managing Partner Calls \| ETC). | From an overarching goal and KPI perspective, Jameka has significant opportunity this year to further develop her skills and deal cycle methodologies, ensuring calls and emails progress toward meetings and pipe build, to ultimately result in |

| | | |
|---|---|---|
| | | deal closure. This will allow Jameka to improve upon her weekly metrics, work toward hitting her goals and ultimately get closer to her attainment target. Jameka understands that lack of urgency and reactiveness rather than proactiveness resulted in deals being left on the table in FY22. For FY23, Jameka has a large opportunity to be proactive and stay on top of her own business, which if executed upon, will result in increased success and deals closed QoQ, which is a goal of hers. |

## Competencies

| | Worker | Manager |
|---|---|---|
| Section Rating | Exceeds expectations | Needs improvement |
| Comments | Majority of FY22 I exceeding the expectations of my role. Though I did not meet 100% of my quote, I fostered great relationships with the internal Oracle Teams and the Customer teams to create trust and community. Building and/or maintaining these established relationships lead to many great successes for the face of the Oracle Sales Organization and the NAA ODNA organization; we have showed our value time and time again through these acts of outstanding service. | Jameka is aware of the fundamental competencies necessary to be successful in this role, as well as the gaps present today. Jameka's strengths lie in her ability to connect with customers. By building on these current strengths as well as making a conscious effort to improve and develop in lesser areas, there is a great opportunity to pave the way for her to continue trending upward and building upon her current skillset. |

## Core.Change Agility

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | This area I grew in a lot this year; from transitioning to working w/o our manager Q4 to navigating how to close a Renewal Opp, that took a large turn away from closing just weeks before its close date. I handled these changes very smoothly, and worked closely with my field, customer, and replacement manager to successfully close my deal and continue my same pace of work in spite of large changes. | |

## Core.Collaboration

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | This area I also tackled head on, and grew much in. From again, aligning my customer with internal services team (i. e. SEs | CSMs | OU Reps | ACS Reps | Renewal Reps | SR Techs)  to leveraging our partner relations, to help the customer see our strength and meet their goals | |

## Core.Communicating for Impact

Target Proficiency Level    2-Intermediate

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | I have no problem communicating externally and internally to get the ball rolling. I would rate myself a | |

Eleazer0179

| | 4 at this today. | |
|---|---|---|

## Core.Competitive Edge

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | Intermediate | |

## Core.Inspirational Leadership

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | meets expectation | |

## Core.Mastering Complexity

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | meets expectation | |

## Core.Performance Drive & Execution

Target Proficiency Level    1-Foundation

| | Worker | Manager |
|---|---|---|
| Proficiency Level | | |
| Comments | I meet expectations here. Customers know they can reach out to meet for all of their needs, and that I will either help them, or align them to a resource that can help them. This helps to foster trust and a great relationship with our sales org, as well as their willingness to react positively when deciding to expand or purchase additional items/products. | |

## Functional.Sales.Account Team Leadership

Target Proficiency Level    1-Foundation

|  | Worker | Manager |
|---|---|---|
| Proficiency Level |  |  |
| Comments | I will say, I exceed this expectation giving my ability to run account relationships myself. |  |

### Functional.Sales.Competitive Awareness

Target Proficiency Level    1-Foundation

|  | Worker | Manager |
|---|---|---|
| Proficiency Level |  |  |
| Comments | intermediate |  |

### Functional.Sales.Sales Process Acumen

Target Proficiency Level    2-Intermediate

|  | Worker | Manager |
|---|---|---|
| Proficiency Level |  |  |
| Comments | meets expectation |  |

### Functional.Sales.Telesales

Target Proficiency Level    3-Skilled

|  | Worker | Manager |
|---|---|---|
| Proficiency Level |  |  |
| Comments |  |  |

## Employee Final Feedback

I would like to thank my Org Leaders, and especially Nicole L, for their continued guidance in assisting my last in my new role as an ONDA ASR. I learned a great deal about our internal processes, networks, and systems, and grew each Quarter in skills because of our entire Orgs support channels, trainings, and leadership. This FY23, I am better equipped to engage in a more efficient way with internal and external teams and I am excited to share my progress as the year goes on.

Confidential - Oracle Restricted

Eleazer0181

# EXHIBIT B-2

| | |
|---|---|
| **From:** | Garrett Miller <garrett.c.miller@oracle.com> |
| **Sent:** | Thursday, May 18, 2023 7:33 PM |
| **To:** | Jameka Eleazer; Nicole Levitt |
| **Cc:** | Denise Choi |
| **Subject:** | RE: Follow-up from 5/2 Performance Improvement Plan Discussion |

Hi Jameka,

Thank you for your response and detailed feedback on each of these items. Let's plan on addressing each of these during our call tomorrow morning.

Thanks,
Garrett

**ORACLE**

Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

---

**From:** Jameka Eleazer <jameka.eleazer@oracle.com>
**Sent:** Wednesday, May 17, 2023 1:21 PM
**To:** Nicole Levitt <nicole.levitt@oracle.com>
**Cc:** Garrett Miller <garrett.c.miller@oracle.com>; Denise Choi <denise.toyofuku@oracle.com>
**Subject:** RE: Follow-up from 5/2 Performance Improvement Plan Discussion

Hi Nicole,

I've left comments in your previous message below (in green) regarding your specific concerns. Though these were all great reminders, there still was no specific "plan" set, which is what I'd like to set expectation for going forward.

Garrett,
Going forward, let's set aside a specific time to solely discuss my progress. I will send a calendar invite for 30 minutes just for us to discuss my weekly progress on the points below. I would like to also take that time as an opportunity for us both to share our managing and working styles. This time will allow you a space to specifically coach me on your preferences of communication (internally and externally) and expectations.

I appreciate the transparent and open dialogue; however it is important for us to have a joint execution plan going forward, in order to be successful. Looking forward to the future coaching sessions Garrett.

Thank you all again for your time.

-Jameka

(please take a look at the comments left in the previous message)

**ORACLE**

Jameka Eleazer | Applications Sales Representative, Oracle HCM

1

Eleazer0355

Phone: +1737.867.3574 | LinkedIn
2300 Cloud Way | Austin, TX 78741

 | Oracle is committed to developing practices and products that help protect the environment

---

**From:** Nicole Levitt <nicole.levitt@oracle.com>
**Sent:** Thursday, May 4, 2023 3:36 PM
**To:** Jameka Eleazer <jameka.eleazer@oracle.com>
**Cc:** Garrett Miller <garrett.c.miller@oracle.com>; Denise Choi <denise.toyofuku@oracle.com>
**Subject:** Follow-up from 5/2 Performance Improvement Plan Discussion

Hi Jameka,

Thank you for taking the time to connect with Garrett, Denise and I around your Performance Improvement Plan on Tuesday. As a follow-up to our conversation and your concerns we addressed, I wanted to send over details of what was covered so you have it for reference.

I also want to reiterate that we do see you have made some additional efforts following these conversations and we aren't saying you are doing nothing in this role. However, even with these efforts, there is still a significant gap between where you are currently and what is expected from an ASR in this role and level of tenure.

Please see below for your areas of concern as well as what was discussed in relation to each topic.

- Pipeline Build and Attainment in Current Territory
  - It's not only about seeing what opportunities are right in front of you, but being able to get strategic in your accounts to see what you can do to expand the territory and manufacture deals. It's about your ability to proactively find, progress and close all different types of deal cycles with our customers, leveraging the programs, trainings, sales plays and your sales acumen to get there. . I understand the importance of being a strategic ASR. I do understand my role, and below are examples of ways I've been strategic during different types of deal cycles.
  - Some examples of me being strategic in my territory this year:
    - getting customers signed up on C2C, making sure they know about our free weekly and monthly:
      - demos
      - webinars
      - office hours
      - product updates
    - Leveraging our HCM Communicate rapid start program
    - Leveraging other sales play
      - FAW
      - ODA
      - ODA for Taleo
      - Test Environments
      - Etc.
    - Leveraging our Recruiting Booster sales play for 2 different opportunities
    - Pulling in FY24 Renewals while upselling new modules.
    - Giving customer incentive to renew early to bring in more revenue for my HCM ODNA Organization.

Eleazer0356

- Taking advantage our strategic internal teams to get customers on board with tackling their usage).

- While you've had closed deals in FY23, these deals have started with a customer coming to us providing a need and compelling event. In addition to these types of deal structures, we expect an ASR of your tenure to also be manufacturing and owning your own deals. To my understanding the role of a ASR is as follows:
    - We set calls with customers
    - We look into their business, and we use those conversations and meetings with customers to find pains.
    - Those pains in return give us a compelling event (not just them renewing) to go after different opportunities.
    - That is a part of manufacturing your own deal;
        - setting meetings
        - listening for pains
        - finding a compelling event
        - creating an opportunity
        - going after that opportunity, push it to progress and/or close
    Since I've become an ASR I've done the following:
        - Set reoccurring meetings with customers weekly and monthly
        - Heard, accessed, addressed, and assisted in mitigating and/or eliminating customer pains
        - Renewed, progressed, upsold, expanded 8/11 of my total HCM & Taleo accounts
        - Created opportunities in 4/4 HCM Fusion Accounts
    I understand how important that is, I will continue to do this and more as I have done since entering this role.

- $650k is a consistent expectation for pipeline build across the board for reps in your role with similar territory structures and is doable in your territory. . I understand that 650k has been a consistent expectation. I have had conversation with my leadership, doing an industry and territory dive; for FY23 a pipe of 650k, is not a realist metric for my territory. I am open to having another industry and territory dive with yourself and Garrett to reshare a deeper analysis of my territory and allow a space to be coached on new opportunities. In lieu of the obstacles, I have still forecasted the following opps:
    - AWG: A54PKV | A5HZQ4
    - Big Lots: AZF89
    - Neiman Marcus: A4XQ7Z
    - Rouses: A4Q7Z
    - AFW: A55659 | A557ZM | A58LK7
    - AEO: A5H4VG | A59PS3 | A4HNC3 | A4HMVN
    - Ajinomoto: A4D6WM
    - Tumi Inc: A4L3GN
    - Rack Room Shoes: A4KMHN
    - Ecco: A4D437
- I have forecasted the following for next fiscal:
    - AWG: A54PKV | A5HZQ4
    - AFW: A58LK7
    - AEO: A5H4VG | A59PS3 | A5BTCD
    - GOL: A4775C
- Lack of Activities
    - As discussed, activities are averages based on minimum metrics that every ASR is expected to achieve on a WoW basis. You will have some weeks with less and others with more, which is why we take the average to account for and encourage that time off.

Eleazer0357

- ▪ If taking any time off, please be sure you are accurately recording vacation and sick time on your timecard.
  - ○ While interactions are an important part of the job, they are only one small portion here. We put a focus on interactions as they lead into understanding the possibilities and sales plays within your territory, building pipe, and ultimately closing deals. Interaction metrics aside, you are still not meeting pipe/closed deals attainment and the expectations of the role. This point reiterates the same thing you mentioned in the Pipeline category. I have responded to this point in the 650k bullet point.


- Lack of Urgency and Initiative
  - ○ There can be times throughout the quarter where urgent actions will require your immediate attention. Even though it may not be part of your regularly scheduled day, these asks could be critical information needed by leadership and is important to action as soon as possible. I understand it is important to stay on top of critical deadlines. To my knowledge, I've always met that expectation. However, if you have examples where I have not, I would appreciate you sharing them with Garrett; I can go over them in my 1on1 coaching sessions with him to continue meeting that expectation.
  - ○ Outside of the occasional fire drills, Garrett and I have had to follow-up with you on deadlines that were missed. Please let Garrett know before the deadline is missed so he can help understand if tasks should be re-prioritized. Please refer to my response in the previous bullet, with examples.
  - ○ With taking initiative and being proactive in your territory, we expect you to regularly connect with customers, own that relationship and then leverage that to share what you're thinking based on your territory makeup and plan to progress opportunities. This has been addressed in my previous responses above and on our calls regarding ownership of my accounts.
  - ○ This is not a role where you are just checking the boxes and completing tasks when asked. It's not only about doing the more regular daily/weekly work you need to do, but taking it a step further and doing things to build and grow opportunities, by thinking about how you will take sales plays to the next level. This is a great point. I would like to propose a refresher coaching session; perhaps with the team, or a 1on1 with Garrett about how I do/can continuously build and grow opportunities within my territory.


I appreciate you bringing these concerns forward. Please let me know if you'd like to discuss anything further, or if there is something you raised that I have not yet addressed. Otherwise, Garrett will continue to meet with you regularly to discuss your progress against the Performance Improvement Plan.

Thank you,
Nicole

**ORACLE®**

**Nicole Levitt** | Area Manager | HCM Applications
Work: 650.633.4833 | Mobile: 818.415.3388
475 Sansome Street, San Francisco, CA 94111

Eleazer0358

# EXHIBIT B-3



Date:    March 30, 2023

To:    

From:    Zach Hawthorne, Regional Manager

CC:    Denise Choi, HR Business Partner

Re:    Performance Improvement Plan

This is a confirmation of our discussion today, 3/30/23. During our discussion, we talked about my concerns with your overall performance as an ASR, specifically:

- Lack of overall attainment: ASRs are expected to achieve their quarterly and annual budgets by finding and driving sales cycles to close. This means taking ownership of the deal cycle to ensure deals close.
  - Your quota attainment is as follows: FY23: Q3: 112%, Q2: 56%, Q1: 5%; FY22: Q4: 29%
    - Almost half of your Q3 attainment came from a field led deal and is not a deal found and driven by you.

- Pipeline issues: ASRs are expected to pipe at least $50k per week of new pipeline.
  - Your pipeline per week average is as follows: FY23: Q3: $24k, Q2: $51k, Q1: $.23k; FY22: Q4: $7k

- Lack of activity: ASRs are expected to engage in at least 100 pipeline generating activities and 3 customer meetings each week.
  - Your average activity and meetings per week are as follows:
    - FY23 Q3: 46 activities / 1 meeting
    - FY23 Q2: 46 activities / 1 meeting
    - FY23 Q1: 28 activities / 0 meetings
    - FY22 Q4: 0 activities / 2 meetings

While we have discussed these concerns previously, you have yet to make any improvement.  As your manager, I am here to support you and we will continue to meet regularly, but it is critical that you take responsibility for these issues and make immediate and sustained improvement to your overall performance.  Failure to do so will lead to further corrective action, up to and including termination of your employment.

A copy of this memo will be placed in your Personnel file.  Feel free to call me should you have any questions.

HIGHLY  CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# EXHIBIT B-4

Message

---

**From**: Downs Deering [downs.deering@oracle.com]
**Sent**: 5/18/2023 6:07:02 PM
**To**: Patricia Tremba [patricia.tremba@oracle.com]
**CC**: Zachary Hawthorne [zachary.hawthorne@oracle.com]; Denise Choi [denise.toyofuku@oracle.com]; Nicole Levitt [nicole.levitt@oracle.com]; Fred Hagstrom [fred.hagstrom@oracle.com]
**Subject**: Re: Confidential - Invol Term: ██████████

Approved

Get Outlook for iOS

---

**From:** Patricia Tremba
**Sent:** Thursday, May 18, 2023 12:51:24 PM
**To:** Downs Deering
**Cc:** Zachary Hawthorne ; Denise Choi ; Nicole Levitt ; Fred Hagstrom
**Subject:** RE: Confidential - Invol Term: ██████████
Approved.
Downs – For your approval.
Thanks,
Patricia

---

**From:** Fred Hagstrom
**Sent:** Wednesday, May 17, 2023 3:32 PM
**To:** Nicole Levitt
**Cc:** Zachary Hawthorne ; Denise Choi ; Patricia Tremba
**Subject:** Re: Confidential - Invol Term: ██████████
Approved
Patricia please review.


On May 17, 2023, at 6:30 PM, Nicole Levitt <nicole.levitt@oracle.com> wrote:


Approved.
Fred, please reply all with your approval.
Best,
Nicole

**ORACLE**

**Nicole Levitt** | Area Manager | HCM Applications
Work: 650.633.4833 | Mobile: ┆ **Redacted** ┆
475 Sansome Street, San Francisco, CA 94111

---

**From:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Sent:** Wednesday, May 17, 2023 3:22 PM
**To:** Denise Choi <denise.toyofuku@oracle.com>
**Cc:** Nicole Levitt <nicole.levitt@oracle.com>
**Subject:** RE: Confidential - Invol Term: ██████████
Approved.

**Zach Hawthorne**
HCM Regional Sales Manager | Oracle
Office: 737-717-5274 | Mobile: ┆ **Redacted** ┆

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ORCL_ELEAZER00010761

**From:** Denise Choi <denise.toyofuku@oracle.com>
**Sent:** Wednesday, May 17, 2023 5:09 PM
**To:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Subject:** Confidential - Invol Term: ██████████

Hi Zach,

Below is an involuntary termination for ████████████. Please approve and forward the template to Nicole then Fred then Patricia then Downs for review and approval. Copy me on your email and explicitly request that approvers "reply all".

Approvers should not alter the template below in any way. If any of the approvers have questions or comments (other than "Approved"), please ask them to call me to discuss.

Thanks,
Denise

B. Employment Data of Exiting Employee

**ENTER** employment data:

Employee Name: ██████████████

Employee ID#: ████████

Job Title: 6910.Internet Sales Representative I.SALES.TELESALES.IC1

Work Location: US-TX-Austin-2300 Oracle Way

Manager: Zachary Hawthorne

Proposed Notification Date*: 5/22/2023

Proposed Exit Date*: 5/23/2023

*The exit date must be at least one business day after the notification date. System access will automatically be shut off after 5pm Pacific time on the notification date. Final pay will be paid via direct deposit on the exit date.

**SELECT** the delivery location for the Separation Packet:

X Employee*
*Manager requests a personal email address during the notification meeting and sends it to exit@oracle.com. The separation packet is sent electronically via DocuSign for receipt on the exit date.

_____ Manager

_____ HR Manager

C. Exit Details

**SELECT** exit type:

X Dismissal

_____ End of employment as Temp/Contractor/Placeholder

_____ End of International Assignment - employee transferred to new country payroll

_____ Permitted Resignation

_____ Position eliminated/Redundancy/RIF/Restructuring

_____ Sale or transfer of business

_____ Unable to extend visa

HIGHLY  CONFIDENTIAL –
ATTORNEYS' EYES ONLY

_____ Death

**ENTER Facts giving rise to dismissal recommendation:**

███████████ began employment with Oracle on 02/01/2021 and is currently an Application Sales Representative. Throughout her employment at Oracle, ██████ has received training and coaching available to all OD sales personnel. This includes but is not limited to new hiring training and on-boarding, "Rep Enablement" training, market segment training, 1:1 meetings with her immediate manager, meetings with an assigned mentor, and team meetings.

██████ was placed on a Performance Improvement Plan on 03/30/2023 because of her lack of activity, lack of pipeline generated, and lack of overall attainment. Her quota attainment has been as follows: FY22: Q4: 29% ; FY23: Q1: 5%, Q2: 56%, Q3: 112%. More than half of ████████ Q3 attainment came from a deal she did not lead. Excluding that transaction, her FY23 Q3 attainment was 52%.

Despite the training and coaching received, ██████ has not demonstrated the ability to effectively uncover opportunities and drive sales cycles to close. Her performance and revenue contribution remain unsatisfactory. I am, therefore, recommending termination.

**ENTER Recommended severance:**

Number of weeks of severance*: 3

Severance amount**: $3,030

*If recommending severance, the general policy is 2 weeks for the first year of service and 1 week for each FULL year thereafter, up to a maximum of 26 weeks of base salary, for all exit types except Position eliminated/Redundancy/RIF/Restructuring. For more information regarding the severance plan for a position elimination/RIF exit, please contact your HR Manager. Severance is paid via direct deposit only after Oracle obtains the signed release from the employee.

**Formula for severance amount: (Annual salary / 52) * number of weeks of severance

D. Manager's Checklist

As the manager, you are responsible for carrying out the following tasks:

• Report final time sheets and vacation on the Self-Service time clock. Any vacation taken, but not yet reported, must be recorded to ensure an accurate final check amount. The hours and dates reported will be processed in the employee's final pay.

• Indicate other compensation paid to the employee:

_____ This employee received a recoverable draw

_____ This employee received a sign-on bonus, relocation allowance, or loan

• See that all property, such as laptops, phones, printers, and furniture that was loaned to the employee is returned in good working condition. Ensure that all documents are returned (including but not limited to software, files, Sales Kits, email notes, employee directories, organization charts, diagrams, bug reports, product or price lists, marketing plans, and customer lists).

• Retrieve all keys, card keys and ID badges and return them to Security.

• Ensure that all expense reports are processed within 30 days of the employee's exit date.

For more information regarding manager responsibilities, go to the US Manager Resource Guide.

E. Manager's Signature

Manager's signature: (e-mail approval is sufficient)
Date: _____5/16/23_____
--
ORACLE

Denise Choi, Human Resources Business Partner

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Office: +1 703.364.0805
Mobile: +1 [ Redacted ]
Email: denise.toyofuku@oracle.com
5805 Owens Drive Pleasanton, CA 94588

HIGHLY  CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ORCL_ELEAZER00010764