# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JAMEKA ELEAZER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No: 1:24-cv-00777-DII |
| | § | |
| **ORACLE AMERICA, INC.** | § | |
| **Defendant.** | § | |

## DECLARATION OF DENISE CHOI

1.      I am a Human Resources Business Partner for Oracle America, Inc. ("Oracle"). I have been employed at my current position since August 2019. I was the designated Human Resources Business Partner for the Sales Area and Sales Team to which Jameka Eleazer ("Ms. Eleazer") was assigned as an Application Sales Representative ("ASR") from April 2020 until the end of her employment with Oracle.

2.      In the Fall of 2022, Garrett Miller ("Mr. Miller"), who was Ms. Eleazer's direct manager at that time, reached out to me to seek my advice and counsel as to how best to address Ms. Eleazer' performance issues. During these discussions, I recommended that Mr. Miller conduct regular meetings with Ms. Eleazer to discuss the performance issues she was having, as well as ways in which she could try and improve.

3.      After Ms. Eleazer continued to fail to improve her performance, I again met with Mr. Miller about next steps, as well as with Nicole Levitt, who was Ms. Eleazer's Area Sales Manager. Ms. Levitt, Mr. Miller, and I all agreed that a Performance Improvement Plan ("PIP") was the appropriate next step based upon Ms. Eleazer's lack of improvement. I then assisted Mr. Miller in preparing the PIP for Ms. Eleazer, which Mr. Miller provided to Ms. Eleazer on March 29, 2023.

4.      On April 3, 2023, Ms. Eleazer contacted me and complained that she felt the PIP issued by Mr. Miller was unfair and based on "inaccurate" data. A true and correct copy of the correspondence I received from Ms. Eleazer regarding her PIP is attached as **Exhibit C-1**.

5.      I met with Ms. Eleazer to discuss these concerns on April 5, 2023, which was then followed by a second meeting the following week where Ms. Levitt was also present. During this meeting, Ms. Eleazer presented a written "rebuttal" in which she set out various concerns she had with the PIP. After reviewing these concerns with both Mr. Miller and Ms. Levitt, I determined that Ms. Eleazer had not identified anything improper with either the PIP, or how Mr. Miller had tried to address Ms. Eleazer's performance issues. Rather, both the PIP and Mr. Miller's actions were consistent with Oracle's processes and expectations in handling such performance issues.

6.      Over the course of the next several weeks, Mr. Miller, Ms. Levitt and I exchanged

Zoho Sign Document ID: 3166A345-OSPKSSPXS7JDBFMMNYT6Z63_ILNYH6P0NDKBSROBGAC

emails with Ms. Eleazer and had various discussions with her in an attempt to address her concerns regarding the PIP, as well as to discuss her progress against the PIP.

7. As the end of fiscal year 2023 approached, Ms. Eleazer failed to show sufficient improvement in her performance and the determination was made by Ms. Levitt and Mr. Miller, in consultation with me, to move forward with terminating Ms. Eleazer's employment.

8. During the same time period in which Ms. Eleazer was placed on her PIP for performance issues, another ASR in Ms. Eleazer's Sales Area was also placed on a PIP on March 30, 2023. This ASR, who will be referred to herein as "VP", is of Hispanic race. As the designated Human Resources Business Partner for the Sales Area, I worked directly with VP's direct manager, as well as Ms. Levitt in her capacity as Area Sales Manager, regarding VP's PIP and eventual termination. Similarly to Ms. Eleazer, VP failed to meet their sales attainment quota in Fiscal Year 2023, as evidenced by the following numbers: Q1: 5%; Q2: 56%; Q3: 112%. Although VP exceeded their quota in Q3, the PIP pointed out that "almost half of [their] Q3 attainment came from a field led deal and is not a deal found and driven by you." VP also failed to meet their new pipeline quotas in all quarters, and also failed to meet their expected pipeline generating activities in all quarters. A true and correct copy of this PIP, which has been redacted to protect VP's identity, is attached as **Exhibit B-3**.

9. After being issued the PIP, VP failed to show significant improvement against the PIP and was therefore terminated effective May 23, 2023. A true and correct copy of VP's termination documentation, which has been redacted to protect VP's identity, is attached as **Exhibit B-4**.

My full name is Denise Choi. My date of birth is January 10, 1991, and my work address is 5805 Owens Drive Pleasanton, CA 94588.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Alameda County, State of California, on the 23rd day of July, 2025.

Signed: *Denise Choi*
DENISE CHOI



Generated on Jul 23, 2025 13:23 EDT

## Certificate of Completion

### Summary

**Document ID:** 3166A345-OSPKSSPXS7JDBFMMNYT6Z63_ILNYH6P0NDKBSROBGAC

**Document name:** 2025 07 21 - Def.'s MSJ (Declaration of D. Choi) - sent to client (for signature)

**Sent by:** assistant <assistant@cornellsmith.com>

**Organization:** Cornell Smith Mierl Brutocao Burton LLP

**Sent on:** Jul 23, 2025 13:19 EDT

**Completed on:** Jul 23, 2025 13:23 EDT

**Sign order:** Sequential

**No. of documents:** 1

**Signers:** 1

**Receives a copy:** 1

**Approvers:** 0

**Witnesses:** 0

**Recipient reviewers:** 0

### Recipients

**Signer**
Denise Choi
denise.toyofuku@oracle.com

**Signature**
*Denise Choi*

**Emailed on:** Jul 23, 2025 13:19 EDT
**Viewed on:** Jul 23, 2025 13:22 EDT
**Terms agreed on:** Jul 23, 2025 13:23 EDT
**Signed on:** Jul 23, 2025 13:23 EDT

**Accessed from:** 129.145.50.1
**Device used:** Web
**Authentication type:** None

**Viewer**
Sarah Lancaster
slancaster@cornellsmith.com

**Emailed on:** Jul 23, 2025 13:23 EDT
**Viewed on:** -
**Authentication type:** None

**Accessed from:** -
**Device used:** -

# EXHIBIT C-1

Message
---

**From:** Denise Choi [denise.toyofuku@oracle.com]
**Sent:** 4/4/2023 12:19:10 AM
**To:** Jameka Eleazer [jameka.eleazer@oracle.com]
**Subject:** Re: Performance Improvement Plan

Hi Jameka,

Thanks for your note. My calendar is up to date if you'd like to set up some time to connect.

Thanks,

--
ORACLE

Denise Choi, Human Resources Business Partner
Office: +1 703.364.0805
Mobile: +1 925.785.6155
Email: denise.toyofuku@oracle.com
5805 Owens Drive Pleasanton, CA 94588

---

**From:** Jameka Eleazer <jameka.eleazer@oracle.com>
**Date:** Monday, April 3, 2023 at 9:24 AM
**To:** Denise Choi <denise.toyofuku@oracle.com>
**Subject:** FW: Performance Improvement Plan

Hi Denise,

In regards to the PIP Garrett sent to you:

He presented this to me in the form of a word document, completely omitting the last two paragraphs, which I only saw once you were cc'd in the email below and once it was turned into a PDF file.

I would like to set up a call with yourself to discuss why I believe this PIP is unfair, and less about the reflection of my performance and rather more about personal reasons.

I also mentioned to Garrett that I did not agree with this PIP, given the data was highly inaccurate and especially since it did not come either of my leaders (Fred Hagstrom or Nicole Levitt), but rather Garrett's personal opinion.

After requesting that I speak with you, Garrett, very hesitantly, told me he would reach out to you to tell you I wanted to meet with HR. He has not mentioned to me that he did that, which is why I am reaching out myself.

I did not agree to the terms of the PIP, because I had not seen them, again until he sent this email out, I did not sign any agreement, I did not agree with some of the false data he presented in this agreement.

If there is a time we can meet later this week or early next week, I would love to discuss my concerns and need to transfer to another team.

Thank you,
-Jameka

ORCL_ELEAZER00001193

**ORACLE**

Jameka Eleazer | Applications Sales Representative, Oracle HCM
Phone: +1737.867.3574 | LinkedIn
2300 Cloud Way | Austin, TX 78741

  Oracle is committed to developing practices and products that help protect the environment

---

**From:** Garrett Miller <garrett.c.miller@oracle.com>
**Sent:** Wednesday, March 29, 2023 10:08 AM
**To:** Jameka Eleazer <jameka.eleazer@oracle.com>
**Cc:** Denise Choi <denise.toyofuku@oracle.com>
**Subject:** Performance Improvement Plan

Hi Jameka,

Thank you for your time this morning. I've attached a copy of your Performance Improvement Plan document for your record.

Again, we'll continue with our weekly performance meetings and regular 1x1s, but if the is anything else I can do to assist in the areas please let me know.

Let me know if you have any additional questions.

Thanks,
Garrett

**ORACLE**

Garrett Miller | Regional Manager | HCM Applications
Office: +1-737-867-3337 | Mobile: +1-517-759-2666
2300 Cloud Way | Austin, TX 78741

ORCL_ELEAZER00001194