# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JAMEKA ELEAZER,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **ORACLE AMERICA, INC.** § <br> Defendant. § | Civil Action No: 1:24-cv-00777-DII |

### DECLARATION OF EDWARD M. "TED" SMITH

1. I am an attorney for Oracle America, Inc. in the above-captioned matter.

2. Attached as **Exhibit D-1** is a true and correct copy of excerpts from the deposition transcript of Jameka Eleazer.

3. Attached as **Exhibit D-2** are true and correct copies of documents identified as Eleazer0021-0022 which were produced by Plaintiff in this matter.

My full name is Edward M. "Ted" Smith, my date of birth is December 19, 1968, and my work address is 1607 West Avenue, Austin, Texas 78705.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the 22nd day of July, 2025.

Signed: _____
Edward M. "Ted" Smith

# EXHIBIT D-1

1:24-cv-00777-DII

JAMEKA ELEAZER vs ORACLE AMERICA, INC.

JAMEKA ELEAZER

JANUARY 16, 2025



WWW.TLC-TEXAS.COM | 855.327.7901

Jameka Eleazer 1-16-2025

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAMEKA ELEAZER,           )
Plaintiff              )
                          )
vs.                       ) CASE NO. 1:24-cv-00777-DII
                          )
ORACLE AMERICA, INC.,    )
Defendant               )


ORAL VIDEOTAPED DEPOSITION

JAMEKA ELEAZER

January 16, 2025


ORAL VIDEOTAPED DEPOSITION OF JAMEKA ELEAZER, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 16th day of January, 2025, from 10:11 a.m. to 3:04 p.m., before Chloe Salazar, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Deats Durst & Owen, PLLC, 8140 N. MoPac Expressway, Suite 4-250, Austin, Texas  78759, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

```
                                  2
 1            APPEARANCES
 2
 3 FOR PLAINTIFF:
 4   Mr. Matt Bachop
     DEATS DURST & OWEN, PLLC
 5   8140 N. MoPac Expressway
     Suite 4-250
 6   Austin, Texas  78759
     Telephone: (512) 474-6200
 7   E-mail: mbachop@ddollaw.com
 8 FOR DEFENDANT:
 9   Mr. Edward "Ted" Smith
     CORNELL SMITH MIERL BRUTOCAO BURTON, LLP
10   1607 West Avenue
     Austin, Texas  78701
11   Telephone: (512) 328-1540
     E-mail: tsmith@cornellsmith.com
12
          - and -
13
     Ms. Jennifer Cotner
14   ORACLE IN-HOUSE ATTORNEY
15 ALSO PRESENT:
16   Mr. Timothy Desadier (Videographer)
     Mr. Jack Queralt
17
18
19
20
21
22
23
24
25
```

```
                                  3
 1            INDEX
 2                              PAGE
 3 JAMEKA ELEAZER
 4 Examination by Mr. Smith ..........................6
   Signature Page  .................................180
 5 Reporter's Certificate...........................182
 6
 7          EXHIBITS
 8
 9 EXHIBIT      DESCRIPTION               PAGE
10 1       Plaintiff's Original Petition     9
11 2       Plaintiff's Amended Objections   10
           and Responses to Defendant's
12         First Set of Interrogatories
           and Requests for Production to
13         Plaintiff
14 3       Jameka Eleazer's Resume         14
15 4       Employment Agreement & Mutual   30
           Agreement to Arbitrate
16
   5       FY22 Annual Evaluation for      32
17         Jameka Eleazer
18 6       Screenshots of earnings reports 47
19 7       Q2 Final Pipe Activity Details  64
           ODNA SaaS
20
   8       E-mail correspondence           67
21
   9       Q3 Final Pipe Activity Details  73
22         ODNA SaaS
23 10      Oracle memo dated March 29,     74
           2023
24
25
```

```
                                  4
 1         EXHIBITS (cont.)
 2 EXHIBIT     DESCRIPTION                PAGE
 3 11      Q3 Final Pipeline/Performance   87
           File
 4
   12      E-mail correspondence           99
 5
   13      Document entitled Oracle's Code 105
 6         of Ethics and Business Conduct
 7 14      E-mail correspondence           134
 8 15      E-mail correspondence           140
 9 16      E-mail correspondence           144
10 17      E-mail correspondence           152
11 18      Document entitled "Supplemental 162
           Information"
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                  5
 1              (10:11 a.m.)
 2         THE VIDEOGRAPHER:  We are on the record
 3 to begin the video-recorded deposition of Jameka Eleazer
 4 in the matter of Jameka Eleazer versus Oracle America,
 5 Incorporated.
 6         Today's date is January 16th, 2025.  The
 7 time is approximately 10:11 a.m.  The case is filed in
 8 the United States District Court for the Western
 9 District of Texas, Austin Division, under Civil Action
10 Cause Number 1:24-cv-00777-DII.
11         The deposition was requested by Cornell
12 Smith Mierl Brutocao Burton, LLP, who is the counsel for
13 the defendant.  We are in the offices of Deats Durst &
14 Owen, PLLC, located at 8140 North Mopac Expressway,
15 Austin, Texas.
16         The court reporter is Chloe Salazar and
17 is with the firm of The Legal Connection.  My name is
18 Timothy Desadier.  I am with the firm The Legal
19 Connection.
20         If all -- if all counsel present could
21 identify themselves for the record and state who they
22 represent.
23         MR. BACHOP:  Matt Bachop for Ms. Eleazer.
24         MR. SMITH:  Ted Smith for Oracle America,
25 Inc.
```

```
                                                    6
1         THE VIDEOGRAPHER:  Will the court
2 reporter please swear in the witness?
3              JAMEKA ELEAZER,
4 having been first duly sworn, testified as follows:
5                EXAMINATION
```

26

11  Q.  Is it fair to say that the business
12 development consultant is an entry-level position on the
13 sales side?
14  A.  Yes.

27

 2  Q.  And then I think you testified earlier that
 3 you were then promoted to the position of progression
 4 account sales representative.   What types of different
 5 duties were you doing in that role from a business
 6 development consultant?
 7  A.  I was taking ops that were already in the
 8 system instead of creating ops, which is my job as a
 9 business development; you create ops, and then you
10 progress them.  But in the new role, I was taking ops
11 that already existed and validating them, seeing if they
12 were real, and then progressing them if they were or
13 closing them out if they weren't.

Jameka Eleazer 1-16-2025

30

3  Q.  And then you said Ms. Levitt was your manager
4 for about a month, and then who became your manager?
5  A.  Garrett.
6  Q.  Garrett Miller?
7  A.  Yes.
8  Q.  And he remained your manager until the end of
9 your employment at Oracle, correct?
10   A.  Yes.

Jameka Eleazer 1-16-2025

62

63

11  Q.  And shortly after receiving this -- or shortly
12 after May 31st, 2022, Garrett Miller became your
13 manager, correct?
14  A.  Yes.

**74**

**75**

16   Q.   It says, "This is a confirmation of our
17 discussion today, 3/29/23."
18          Did you have a -- do you recall having a
19 discussion with Mr. Miller about this performance
20 improvement plan on March 29th of 2023?
21   A.   Yes.
22   Q.   Yes?
23   A.   Yes.
24   Q.   In it, he says, "We talked about my concerns
25 with your overall performance as an ASR,

**76**

1 specifically" -- the first one: "Lack of overall
2 attainment:   ASRs are expected to achieve their
3 quarterly and annual budget by finding and driving sales
4 cycles to close.
5          "Your quota attainment is as follows:
6 FY23: Q3: 49 percent, Q2: 12 percent, Q1: 154 percent;
7 FY22: 62 percent."
8          Do you disagree with those -- those
9 numbers?
10    A.   No.

94

24  Q.  And who was your manager when you were in ASR,
25 the middle one?

95

1   A.  Mike Miezo was my initial manager and then
2 Nourdean Chapman.
3   Q.  Okay.  And then as an ASM, that's when Nicole
4 and Garrett --
5   A.  No.  When I promoted to ASM initially, Mike
6 was a manager -- Mike was the manager that I promoted
7 to.  And then after he left, Nicole took over the
8 last -- the final month.

134

135

7   Q.  You say, "Hey, Denise.  Thank you for taking
8 the time to meet with me today.  As far as my meeting
9 with Nicole, I feel it is vital that you are present
10 during this meeting.  I also believe it would be treated
11 as a priority if the meeting came from you; I can send
12 it out, but are you able to attend the meeting as well
13 if I can find joint availability on our calendars?"
14        So did you meet with Denise Choi on
15 April 5th of 2023?
16   A.  Yes.
17   Q.  What did you discuss in that meeting?
18   A.  How I felt the performance plan was unjust.

at

136

22   Q.  And so you were able to have discussions with
23 Denise and discussions with Nicole Levitt about the PIP?
24   A.  Yes.

142

10   Q.   And then you respond back on April 28th:
11  "Thanks, Nicole.   Can you share/attach the mentioned
12  documents and follow-ups with me, so that I may prepare
13  for the call."
14            She responds on May 2nd:    "I don't have
15  my final notes cleaned up, but we can talk about some of
16  the concerns you raised on the call this afternoon.
17  I'll put an action item down for myself to clean it up
18  following the call, so that I can send you the specifics
19  afterward."
20            So did you have another discussion with
21  Ms. Levitt on the afternoon of May 2nd?
22   A.   Yes, I'm assuming.

178

180

1              CHANGES AND SIGNATURE
2 Jameka Eleazer              January 16, 2025
3 No erasures or obliterations of any kind are to be
  made to the original testimony as transcribed by the
4 deposition officer.        Please enter the page number,
  line number and the reason for such change or
5 correction below.
6 PAGE LINE    CHANGE                REASON
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

181

1       I, JAMEKA ELEAZER, have read the foregoing
2 deposition and hereby affix my signature that same is
3 true and correct, except as noted above.
4                              _____
5                              JAMEKA ELEAZER
6
7 THE STATE OF _____)
8 COUNTY OF _____)
9
10      Before me, _____, on this day
11 personally appeared JAMEKA ELEAZER, known to me or
12 proved to me on the oath of _____ or through
13 _____ (description of identity card
14 or other document) to be the person whose name is
15 subscribed to the foregoing instrument and acknowledged
16 to me that he/she executed the same for the purpose and
17 consideration therein expressed.
18      Given under my hand and seal of office on this _____
19 day of _____, _____.
20
21                              _____
22                              NOTARY PUBLIC IN AND FOR
                                THE STATE OF _____
23                              My Commission Expires _____
24
25

Jameka Eleazer 1-16-2025

182

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF TEXAS
2           AUSTIN DIVISION
3  JAMEKA ELEAZER,       )
   Plaintiff             )
4                        )
   vs.                   ) CASE NO. 1:24-cv-00777-DII
5                        )
   ORACLE AMERICA, INC., )
6  Defendant             )
7
8        REPORTER'S CERTIFICATE
9    ORAL VIDEOTAPED DEPOSITION OF JAMEKA ELEAZER
10            January 16, 2025
11
12   I, the undersigned certified shorthand reporter in
13 and for the State of Texas, certify that the facts
14 stated in the foregoing pages are true and correct.
15   I further certify that I am neither attorney or
16 counsel for, related to, nor employed by any parties to
17 the action in which this testimony was taken and,
18 further, that I am not a relative or employee of any
19 counsel employed by the parties hereto or financially
20 interested in the action.
21   $_____ is the deposition officer's charges to
22 the Defendant for preparing the original deposition and
23 any copies of exhibits;
24   That pursuant to information given to the deposition
25 officer at the time said testimony was taken, the

183

1 following includes all parties of record and the amount
2 of time used by each party at the time of the
3 deposition;
4   Mr. Matt Bachop (0h00m)
        Attorney for Plaintiff
5   Mr. Edward "Ted" Smith (3h49m)
        Attorney for Defendant
6
7
8   SUBSCRIBED AND SWORN TO under my hand and seal of
9 office on this 29th day of January, 2025.
10
11        _____
12        Chloe Salazar, CSR
          Texas CSR 9473
13        Expiration: 5/31/26
          Firm Registration No. 656
14        THE LEGAL CONNECTION
          8656 W Hwy 71, Suite F-200
15        Austin, Texas  78735
          P: (512) 892-5700
16        F: (512) 892-5703
17
18
19
20
21
22
23
24
25

# EXHIBIT D-2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 550-2023-02455 |

Texas Workforce Commission Civil Rights Division                       and EEOC
*State or local Agency, if any*

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Jameka Eleazer | 269-414-8159 | |

Street Address
6509 Conestoga wagon way
DEL VALLE, TX 78617

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ORACLE CORPORATION | 501+ Employees | |

Street Address
2300 ORACLE WAY
AUSTIN, TX 78741

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                          City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest                      Latest |
| Race | 05/31/2023               05/31/2023 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I begin my employment on February 4, 2019, and was an Account Sales Representative with the Respondent since May of 2021. On May 31, 2023, I was terminated due to not meeting the Regional Managers expectations. During my 4-year tenure, at no time did I receive any negative actions or was made aware of not meeting the Regional Managers, Garrett Miller (white), expectations.

There are other Account Sales Representatives who did not meet the Regional Managers expectations that were not discharged as a result. The other Account Sales Representatives also were not constantly presented with unprofessionalism by Garrett Miller or informally put on performance plans for being unable to meet the Regional Managers expectations. All Account Sales Representatives under the Regional Manager are non-black.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Jameka Eleazer**  09/17/2023 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| *Charging Party Signature* | |

Page 1 of 3

Eleazer0021

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>550-2023-02455 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

The Regional Managers Direct Supervisor, Nicole Levitt (white), was aware of the treatment I was experiencing with the Regional Manager. The Human Resources Department, Denise Choi (Asian), was aware of the treatment I was experiencing with the Regional Manager as well.

On March 17, 2023, during the Quarterly Business Review (QBR), that included myself, five other team members under the supervision of Garett Miller, I directly requested to Nicole Levitt and Garett Miller and assessment of any issues they had with my performance. I was not given any feedback about my performance during the QBR. Shortly after the QBR, I was terminated.

I believe I was discriminated against based on my race (black) in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Jameka Eleazer**<br>09/17/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Page 2 of 3

Eleazer0022