*Red text = inactive*    *Actuals from Q1 Bookings*    8/31/2022

| ASR Name | FY23 RM | FY23 GSD | NAA Group | ASR Start Date | Tenure in Role Since ↑ | FY21 Budget | FY21 Attainment | FY22 % Budget | Q1 Budget | Q1 Actuals | Q1 % Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|
| amanda.wauters@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | $ 464,545 | $ 460,820 | 99% | $ 67,596 | $ 227,313 | 336% |
| jameka.eleazer@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | $ 477,273 | $ 297,564 | 62% | $ 67,596 | $ 103,761 | 154% |
| colton.harrelson@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 9/20/2021 | 6-12 months | $ 372,336 | $ 375,981 | 101% | $ 67,596 | $ 86,494 | 128% |
| austin.hagarty@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/22/2022 | < 6 months | $ 477,273 | $ 64,413 | 13% | $ 67,596 | $ 63,100 | 93% |
| jim.lamascus@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 8/10/2015 | 3+ years | $ 627,273 | $ 122,694 | 20% | $ 88,840 | $ - | 0% |
| allison.sanchez@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/1/2022 | 6-12 months | $ 174,400 | $ 72,432 | 42% | $ 74,034 | $ - | 0% |
| joe.wihlm@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/11/2013 | 3+ years | $ 690,909 | $ 1,186,247 | 172% | $ 109,441 | $ - | 0% |
| poonam.lata@oracle.com | garrett.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 8/24/2015 | 3+ years | $ 545,455 | $ 350,285 | 64% | $ 77,252 | $ - | 0% |

**EXHIBIT 5**