*Red text = inactive*    *Q2 FINALS from Bookings*    12/1/2022

| ASR Name | FY23 RM | FY23 GSD | NAA Group | ASR Start Date | Tenure in Role Since ↑ | FY22 % Budget | Q1 % Budget | Q2 Budget | Q2 Actuals | Q2 % Budget | H1 % of Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|
| jim.lamascus@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 8/10/2015 | 3+ years | 20% | 0% | $ 134,692 | $ 216,261 | 161% | 97% |
| allison.sanchez@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/1/2022 | 6-12 months | 42% | 0% | $ 112,243 | $ 139,088 | 124% | 75% |
| joe.wihlm@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/11/2013 | 3+ years | 172% | 0% | $ 165,925 | $ 112,500 | 68% | 41% |
| jameka.eleazer@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | 62% | 154% | $ 102,483 | $ 12,097 | 12% | 68% |
| austin.hagarty@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/22/2022 | 6-12 months | 13% | 93% | $ 102,483 | $ 8,318 | 8% | 42% |
| amanda.wauters@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | 99% | 336% | $ 102,483 | $ - | 0% | 134% |
| colton.harrelson@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 9/20/2021 | 1-2 years | 101% | 128% | $ 102,483 | $ - | 0% | 51% |



EXHIBIT 6