| | | | | | | | | | | | | | | | Q3 YTD | FY23 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | % | of |
| | | | | ASR Start Date | Tenure in | FY21 | FY21 | FY22 % | Q1 % | Q2 % | Q3 Budget | Q3 Actuals | Q3 % | Budget | Budget |
| ASR Name | FY23 RM | FY23 GSD | NAA Group | | Role Since ↑ | Budget | Attainment | Budget | Budget | Budget | | | Budget | | |
| austin.hagarty@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/22/2021 | 1-2 years | $ 477,273 | $ 64,413 | 13% | 93% | 8% | $ 123,623 | $ 558,510 | 452% | 214% | 132% |
| jameka.eleazer@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | $ 477,273 | $ 297,564 | 62% | 154% | 12% | $ 123,623 | $ 61,100 | 49% | 60% | 37% |
| allison.sanchez@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/1/2022 | 6-12 months | $ 174,400 | $ 72,432 | 42% | 0% | 124% | $ 135,397 | $ 65,824 | 49% | 64% | 39% |
| joe.wihlm@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 3/11/2013 | 3+ years | $ 690,909 | $ 1,186,247 | 172% | 0% | 68% | $ 200,151 | $ 51,284 | 26% | 34% | 21% |
| amanda.wauters@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 6/1/2021 | 1-2 years | $ 464,545 | $ 460,820 | 99% | 336% | 0% | $ 123,623 | $ - | 0% | 77% | 48% |
| jim.lamascus@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indust | 8/10/2015 | 3+ years | $ 627,273 | $ 122,694 | 20% | 0% | 161% | $ 162,476 | $ - | 0% | 56% | 34% |

*Red text = inactive*   *Q3 Actuals from FINAL Bookings*   3/1/2023



EXHIBIT 7