*Red text = inactive*  *Q4 Actuals from Tracker*  4/28/2023

| ASR Name | FY23 RM | FY23 GSD | NAA Group | ASR Start Date | Tenure in Role Since ↑ | FY22 % Budget | Q1 % Budget | Q2 % Budget | Q3 % Budget | Q3 YTD % Budget | Q4 Budget | Q4 Actuals | Q4 % Budget | FY23 % of Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| allison.sanchez@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 3/1/2022 | 1-2 years | 42% | 0% | 124% | 49% | 64% | $ 201,053 | $ 368,626 | 183% | 110% |
| joe.wihlm@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 3/11/2013 | 3+ years | 172% | 0% | 68% | 26% | 34% | $ 297,210 | $ 332,790 | 112% | 64% |
| amanda.wauters@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 6/1/2021 | 1-2 years | 99% | 336% | 0% | 0% | 77% | $ 183,571 | $ 88,920 | 48% | 66% |
| jim.lamascus@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 8/10/2015 | 3+ years | 20% | 0% | 161% | 0% | 56% | $ 241,264 | $ 43,058 | 18% | 41% |
| austin.hagarty@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 3/22/2021 | 2-3 years | 13% | 93% | 8% | 452% | 214% | $ 183,571 | $ 4,776 | 3% | 133% |
| jameka.eleazer@oracle.com | garrett.c.miller@oracle.com | fred.hagstrom@oracle.com | Distribution Indus | 6/1/2021 | 1-2 years | 62% | 154% | 12% | 49% | 60% | $ 183,571 | $ - | 0% | 37% |



EXHIBIT 8