## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 47 | Date Range: 4/12/2023 - 4/14/2023 |

## Outline of Conversations

 **Personal messages** • 47 messages between 4/12/2023 - 4/14/2023 • Denise Choi • Nicole Levitt



EXHIBIT 9

CONFIDENTIAL                                                                                                           ORCL_ELEAZER00000991

**NL**  Nicole Levitt  DELETED                                                                                   4/12/2023, 11:09 PM

Ok so Jameka is at 37% and Jim at 34% for the FY. The other file I was looking at was FY23 projected based on deals remaining in Q4 (Ops calculation), and based on that Jameka is projected to be at 43% which is the lowest on that team

**DC**  Denise Choi  DELETED                                                                                    4/12/2023, 11:10 PM

got it. so from a piped opportunities/forecast perspective, Jim is ahead of Jameka

**NL**  Nicole Levitt  DELETED                                                                                   4/12/2023, 11:11 PM

Correct. From a projection standpoint based on what the reps have outstanding in Q4 that is likely to close (in addition to what has already closed YTD), team projections for Garrett's team are as follows:
- Austin: 172%
- Allison: 100%
- Amanda: 98%
- Jim: 62%
- Joe: 45%