

To whom this may concern,

I hope you are doing well.  I know that Jameka has been placed on a Performance Improvement plan and I fear her work effort and account leadership is going unseen.  I felt compelled to send you a note outlining my experience in working with her over the last eleven months.

I have a long and successful history of over 22 years' experience in enterprise software sales.  I have had, as you can imagine, the opportunity to work with many inside salespersons and what I have seen in Jameka from the get-go is that she is high energy, honest, dependable, determined to win, and has something that not a lot of early sellers have; the willingness to be coached, take full accountability of a sales cycle, and the ability to move deals forward. Not only does she accept the coaching, she puts suggestions into practice, giving it her own spin; same as leading in the sales cycle.  When I first met Jameka she gave me examples of what she says to customers and I've been impressed with her thought processes, critical thinking skill, and ability to help me create relationships with large Oracle clients.

Jameka was instrumental in assisting with account planning, research, and whitespacing activities in the territory while also executing on campaigns to find new business opportunities. She has been a great teammate has worked hard to achieve not only personal sales goals, but also larger collective sales goals.

I know that she is measured by opportunities created, expansions, and usage, however we have had a few tough clients to navigate (American Eagle Outfitters and Rouse's) and Jameka has managed to still connect and even sell to these clients. It would be a shame to lose such talent and I'd hate to see Jameka go.  I believe that Jameka will someday do great in field sales and managing as a leader with the right promotions and cultivation.  I would be happy to discuss further with you if you'd like.

Best Regards,

Hank Bergstresser
(404) ███████