**EXHIBIT 11**

To Whom It May Concern,

It's been my absolute pleasure working with Jameka at Oracle and we have been working together since July, 2022. We spoke about her possibly being placed on a Performance Improvement plan, and I wanted to take the time to share my experience with Jameka.

I have thoroughly enjoyed my time working with Jameka and came to know her as a true asset to my team. She is educated in internal tools (CPQ, DAS, SPA) , resources and teams; she's dependable and incredibly hard-working. Beyond that, she is an impressive Applications Sales Representative, who is always working to educate our clients.

She was able to quickly learn our latest and extensive software solutions and started to align conversations with clients to better educate them how these solutions would fit their overall business goals.

Along with her undeniable talent, Jameka has always been an absolute joy to work with, is a true team player, and always manages to foster positive discussion and bring out the best in other employees. She even goes out of her way to help my other ODNA reps navigate through internal systems (CPQ) and other critical task they need for day to day operations.

In full transparency, I would dislike losing Jameka as a sales resource. I turn to her often for suggestions and input. She helps elicit responses from the POC's with my accounts and has gathered critical information where others have not had success (AWF- HCM Comm Deal).  We both have a hard task with my territory. Part of my territory is retail of which tends to be a saturated market. In addition, my territory contains a plethora of Greenfield accounts who are not yet interested in moving to the cloud.

As a dedicated and knowledgeable employee, and an all-around great person, I know that she will continue to prove she is a beneficial addition to your organization. I'd be happy to expand on my recommendation and discuss her qualities and success further, please reach out.

Best,

Greg Rothmeyer
Applications Solutions Executive – HCM