**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)**
**2023 EMPLOYER INFORMATION REPORT (EEO-1 COMPONENT 1)**

EEOC Standard Form 100 (SF 100)
Revised 08/2023
OMB Control Number: 3046-0049
Expiration Date: **11/30/2026**

**EXHIBIT 12**

## SECTION A – TYPE OF REPORT
HEADQUARTERS REPORT

## SECTION B – EMPLOYER IDENTIFICATION

| OFS COMPANY ID | EMPLOYER NAME |
|---|---|
| K004553 | ORACLE AMERICA INC |

| ADDRESS | CITY/TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 2300 Cloud Way | AUSTIN | TX | 78729 |

## SECTION C – HEADQUARTERS OR ESTABLISHMENT-LEVEL IDENTIFICATION (if applicable)

| HQ/ESTABLISHMENT-LEVEL UNIT ID | HEADQUARTERS OR ESTABLISHMENT-LEVEL NAME |
|---|---|
| K004553 | ORACLE AMERICA INC PATX |

| HEADQUARTERS OR ESTABLISHMENT-LEVEL ADDRESS | CITY/TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 2300 CLOUD WAY | AUSTIN | TX | 78729 |

## SECTION D – EMPLOYER IDENTIFICATION NUMBER (EIN)
942805249

## SECTION E – EMPLOYER FILING ELIGIBILITY
[X] YES (Employer Is Eligible to File) [ ] NO (Employer Is Not Eligible to File) [ ] EMPLOYER NO LONGER IN BUSINESS

## SECTION F – FEDERAL CONTRACTOR DESIGNATION (if applicable)
Unique Entity ID (UEI):  HE98WLUBNW88

[ ] YES (Single-Establishment Employer is Federal Contractor) [X] YES (Multi-Establishment Employer is Federal Contractor)

[X] YES (Headquarters is Federal Contractor) [ ] YES (Non-Headquarters Establishment is Federal Contractor)

[X] YES (One or More Non-Headquarters Establishments is Federal Contractor)

## SECTION G – NAICS INFORMATION
541519 - Other Computer Related Services

## SECTION H – WORKFORCE DEMOGRAPHIC DATA

| JOB CATEGORIES | Hispanic or Latino Male | Hispanic or Latino Female | Male White | Male Black or African American | Male Asian | Male Native Hawaiian or Other Pacific Islander | Male American Indian or Alaska Native | Male Two or More Races | Female White | Female Black or African American | Female Asian | Female Native Hawaiian or Other Pacific Islander | Female American Indian or Alaska Native | Female Two or More Races | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Executive/Senior Level Officials and Managers | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 6 |
| First/Mid-Level Officials and Managers | 43 | 22 | 279 | 13 | 187 | 4 | 2 | 13 | 107 | 5 | 33 | 0 | 0 | 6 | 714 |
| Professionals | 148 | 113 | 431 | 100 | 543 | 3 | 1 | 34 | 285 | 102 | 214 | 3 | 1 | 20 | 1998 |
| Technicians | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 6 |
| Sales Workers | 157 | 104 | 596 | 60 | 123 | 3 | 2 | 38 | 417 | 38 | 53 | 1 | 1 | 30 | 1623 |
| Administrative Support Workers | 1 | 8 | 1 | 8 | 2 | 0 | 0 | 0 | 6 | 11 | 1 | 0 | 0 | 3 | 41 |
| Craft Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operatives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Laborers and Helpers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CURRENT 2023 REPORTING YEAR TOTAL** | 349 | 247 | 1314 | 182 | 855 | 10 | 5 | 87 | 816 | 156 | 302 | 4 | 2 | 59 | 4388 |
| **PRIOR 2022 REPORTING YEAR TOTAL** | 396 | 275 | 2027 | 290 | 1378 | 9 | 13 | 69 | 1154 | 265 | 452 | 9 | 6 | 45 | 6388 |

## SECTION I – WORKFORCE SNAPSHOT PERIOD
12172023 - 12312023

## SECTION J – HEADQUARTERS OR ESTABLISHMENT-LEVEL COMMENTS (optional)
ADDITIONAL NON BINARY EMPLOYEE DATA;EMPLOYEE COUNT-1;BLACK;EEO CATEGORY 2;PATX;ADDITIONAL NON BINARY EMPLOYEE DATA;EMP COUNT-1;HISPANIC;EEO CATEGORY 4;PATX

CONFIDENTIAL