**Message**

**From:** Zachary Hawthorne [zachary.hawthorne@oracle.com]
**Sent:** 5/10/2023 10:38:23 PM
**To:** Denise Choi [denise.toyofuku@oracle.com]
**CC:** Nicole Levitt [nicole.levitt@oracle.com]
**Subject:** RE: Performance Follow Up



EXHIBIT 13

Yes, out of the 8 reps I have with 1 year experience 6 of them are already over their annual quota. The 7th has a deal closing next week that will bring him up from 61% to 92%. Excluding just the 95k from the CAES deals I mentioned, ▇▇▇ is at 55%.

**Zach Hawthorne**
HCM Regional Sales Manager | Oracle
Office: 737-717-5274 | Mobile: [Redacted]

---

**From:** Denise Choi <denise.toyofuku@oracle.com>
**Sent:** Wednesday, May 10, 2023 5:11 PM
**To:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Cc:** Nicole Levitt <nicole.levitt@oracle.com>
**Subject:** Re: Performance Follow Up

No worries, I figured. Thank you!

If you take out the 158k closed, from a FY23 attainment perspective, is she the lowest on your team? If there are others who are lower but have less than 1 year experience, then it's fine to exclude. If they have a year or more, please let me know.

--
ORACLE

Denise Choi, Human Resources Business Partner
Office: +1 703.364.0805
Mobile: +1 [Redacted]
Email: denise.toyofuku@oracle.com
5805 Owens Drive Pleasanton, CA 94588

---

**From:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Date:** Wednesday, May 10, 2023 at 2:25 PM
**To:** Denise Choi <denise.toyofuku@oracle.com>
**Cc:** Nicole Levitt <nicole.levitt@oracle.com>
**Subject:** RE: Performance Follow Up

Hi Denise,

I am so sorry for the delay. It's been a hectic couple of days.

This is how ▇▇▇ has performed against the goals.

- Overall attainment:
  - Target – 100%
  - Performance – 86% (158k closed on a quota of 183k. 95k of this was with CAES which Vanessa did not lead.)
- Pipeline Generation:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORCL_ELEAZER00010765

- o  Target - $50k per week
- o  Performance – 8k per week average (Lowest of my 10 directs)
- Activity:
- o  Target: 100 interaction
- o  Performance: 122 interaction average

Let me know if I missed anything.

Thanks,

**Zach Hawthorne**
HCM Regional Sales Manager | Oracle
Office: 737-717-5274 | Mobile: [Redacted]

---

**From:** Denise Choi <denise.toyofuku@oracle.com>
**Sent:** Tuesday, May 9, 2023 1:48 PM
**To:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Cc:** Nicole Levitt <nicole.levitt@oracle.com>
**Subject:** Re: Performance Follow Up

Hi Zach,

I wanted to follow up on our call from last week to see if you had a chance to pull the data we discussed?

Thanks!

--
ORACLE

Denise Choi, Human Resources Business Partner
Office: +1 703.364.0805
Mobile: +1 [Redacted]
Email: denise.toyofuku@oracle.com
5805 Owens Drive Pleasanton, CA 94588

---

**From:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Date:** Wednesday, May 3, 2023 at 7:09 AM
**To:** Denise Choi <denise.toyofuku@oracle.com>
**Subject:** RE: Performance Follow Up

Hi Denise,

Thanks for checking in on this. Yes, I think that would be a good idea. I will find some time on our calendars. Feel free to suggest another time if what I send is not convenient.

Best,

**Zach Hawthorne**
HCM Regional Sales Manager | Oracle
Office: 737-717-5274 | Mobile: [Redacted]

**From:** Denise Choi <denise.toyofuku@oracle.com>
**Sent:** Monday, May 1, 2023 2:44 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORCL_ELEAZER00010766

**To:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Subject:** Re: Performance Follow Up

Hi Zach,

It's been about 30 days since the PIP was presented to ▒▒▒▒. Should you and I connect and discuss her progress?

Thanks,

--
ORACLE

Denise Choi, Human Resources Business Partner
Office: +1 703.364.0805
Mobile: +1 [Redacted]
Email: denise.toyofuku@oracle.com
5805 Owens Drive Pleasanton, CA 94588

---

**From:** Zachary Hawthorne <zachary.hawthorne@oracle.com>
**Date:** Thursday, March 30, 2023 at 3:14 PM
**To:** ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
**Cc:** Denise Choi <denise.toyofuku@oracle.com>
**Subject:** Performance Follow Up

Hello ▒▒▒▒,

Please find the note I mentioned in our conversation today attached.

Best,

**Zach Hawthorne**
HCM Regional Sales Manager | Oracle
Office: 737-717-5274 | Mobile: [Redacted]

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ORCL_ELEAZER00010767