**EEOC (Inquiry) Number:** 550-2023-02455

# INQUIRY INFORMATION

## INQUIRY OFFICE

**Receiving:** San Antonio Field Office

**Accountable:** San Antonio Field Office

**EXHIBIT 14**

## POTENTIAL CHARGING PARTY

**Name:** Jameka Eleazer

**Address:** 6509 Conestoga wagon way

DEL VALLE, TX 78617

**Year of Birth:**

**Email Address:** jamekaeleazer@gmail.com

**Phone Number:** 269-414-8159

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Female

**Disabled?** No

**Are you Hispanic or Latino?** No

**Ethnicity:**

**National Origin:**

## RESPONDENT/Employer

**Organization Name:** ORACLE CORPORATION

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Address:** 2300 ORACLE WAY

AUSTIN, TX 78741

**County:** TRAVIS

**Phone Number:**

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:** 500 Oracle Parkway

REDWOOD CITY, CA 94065

**County:**

## RESPONDENT CONTACT

**Name:** Jenny Cotner

**Email Address:** jenny.cotner@oracle.com

**Phone Number:** (919) 809-3404

**Title:** Senior Managing Counsel

**REASON(S) FOR CLAIM**

**Date of Incident (Approximate):** 05/31/2023

**Reason for Complaint:** Race, Sex (including pregnancy, sexual orientation and gender identity), Retaliation - I complained to my employer about job discrimination

**Pay Disparity:** Yes

**Location of Incident:** Texas

**Submission (initial inquiry) Date:** 06/13/2023

**Claim previously filed as charge with EEOC?** Yes

**Approximate Date of Filing:** 04/28/2023

**Charge Number:** 550-2023-02455

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

**ADVERSE ACTION(s)**

I was wrongfully terminated on 5/31/23 after informing HR about my manager trying to put me on a performance plan without any prior knowledge or warning of performance issues, that was based on his discriminatory biases rather than actual performance.

**APPOINTMENT**

**Appointment Date and time:** 09/12/2023 08:15:00 CST

**Interview Type:** Phone

**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 03/26/2024

Eleazer0302