# EXHIBIT A

**Page 1**

```
1         IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION
2
3  JAMEKA ELEAZER,        )
4          Plaintiff,  ) Civil Action No. 1:24-cv-777-DII
                         )
5     v.                 ) Los Angeles, California
                         )
6  ORACLE AMERICA, INC., ) Monday, April 7, 2025
                         )
7          Defendant.    ) 8:12 a.m., Pacific Time
   _____)
8
9
10         VIDEOCONFERENCE DEPOSITION OF
11                  NICOLE LEVITT
12              Taken by the Plaintiff
13
14
15
16
17
18
19              JANEL MASINAS, CER-3044
             Esquire Deposition Solutions
20
21
22
23
24  Proceedings recorded by electronic sound recording;
    Transcript produced by transcription service.
25
```

**Page 2**

```
1             APPEARANCES OF COUNSEL
2   On behalf of the Plaintiff:
3      MATT BACHOP, ESQ.
       DEATS DURST & OWEN, PLLC
4      8140 North Mopac Expressway
       Suite 4-250
5      Austin, Texas 78759
       (512) 474-6200
6      mbachop@ddollaw.com
       APPEARED VIA VIDEOCONFERENCE
7
8   On behalf of the Defendant:
9      TED SMITH, ESQ.
       CORNELL SMITH MIERL BRUTOCAO BURTON, LLP
10     1607 West Avenue
       Austin, Texas 78701
11     (512) 328-1540
       tsmith@cornellsmith.com
12     APPEARED VIA VIDEOCONFERENCE
13
14  Also present:
15     Jenny Cotner, Esq. - Oracle America, Inc.
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1                 INDEX TO EXAMINATION
2   EXAMINATION OF NICOLE LEVITT              PAGE
3   Examination by Mr. Bachop                    5
4
5
6                 INDEX TO EXHIBITS
7   PLAINTIFF'S   DESCRIPTION                  PAGE
8   Exhibit 6     Slack message exchange dated 4/6/23    17
9   Exhibit 7     Slack message exchange dated 4/12/23   20
                  through 4/14/23
10  Exhibit 8     Slack message exchange dated 4/26/23   30
11  Exhibit 9     Slack message exchange dated 4/28/23   33
12  Exhibit 10    Email exchange dated 5/3/23            34
13  Exhibit 11    E-mail exchange dated 5/4/23,          36
                  5/17/23, 5/18/23
14  Exhibit 12    Plaintiff's Response to PIP            53
15  Exhibit 13    Oracle 2023 Q3 Final Pipeline          46
                  Activity
16  Exhibit 14    Oracle 2023 Q2 Final Pipeline          47
                  Activity
17  Exhibit 15    Oracle 2023 Q1 Week 13 Pipeline        48
                  Activity
18
19
20    (Exhibits 6 through 15  attached to original
21  transcript.)
22
23
24
25
```

**Page 4**

```
1         THE RECORDER:  We are now on the record -- the
2   time is 8:12 a.m., Pacific Standard Time, on April 7,
3   2025 -- to take the deposition of Nicole Levitt in the
4   case Jameka Eleazer versus Oracle America, Inc.
5         My name is Janel Masinas, notary public in the
6   state of California.  I will be capturing the verbatim
7   record of today's proceeding using electronic audio
8   equipment, a computer, and specialized recording
9   software, which is not a form of stenography.
10        The witness is located in Los Angeles,
11  California, and has confirmed her identity with a
12  California driver's license.  Will everyone in
13  attendance please identify yourselves for the record and
14  state who you represent.
15        MR. BACHOP:  Yeah.  Matt Bachop representing
16  the plaintiff.
17        MR. SMITH:  Ted Smith on behalf of the
18  defendant, Oracle America, Inc.
19        MS. COTNER:  Jenny Cotner, senior managing
20  counsel for Oracle.  Client representative.
21        THE RECORDER:  Thank you.
22        Absent any objection at this time, counsel and
23  the witness agree to my remote administration of the
24  oath to this witness, and that the final transcript may
25  be used for all purposes allowed by the Texas Code of
```



Page 17

Page 19

21  BY MR. BACHOP:
22  Q    In going back to Exhibit 6, the Slack conversation
23  that we looked at, there's a red notification on all the
24  messages that says "deleted."  Did you delete these
25  messages?

Page 20

1  A   I did not.
2  Q    Do you know how they got deleted?
3  A   I believe messages are only kept for so long.
4  It's -- I don't delete messages.  It's probably a
5  function of Slack and their deletion timelines.



Page 61

Page 63

19  Q    And it's true that a big deal that she was working
20  on closed very shortly after she was fired, right?
21         MR. SMITH:  Objection.  Form.
22         THE WITNESS:  I would say it depends on what
23  you mean by "big."  I believe there was a deal that
24  closed after the fact that we were not aware of what the
25  direct timeline of that deal would be.  And if I

Page 64

1  remember correctly, on that -- that deal, it was a deal
2  that maybe would have added some attainment, but it
3  would not have had a meaningful impact on her overall
4  attainment for the quarter.



# EXHIBIT B

Page 69

Page 71

```
1              CERTIFICATE
2
3         I, Janel Masinas, a Notary Public in
4    and for the State of California, do hereby certify:
5
6         That the foregoing witness was duly
7    sworn; that the proceeding took place before me at
8    the time and place herein set forth; that the
9    testimony and proceedings were accurately captured
10   by me with annotations using electronic recording
11   means not related to stenography.
12
13        I further certify that I am not related
14   to any of the parties to this action by blood or
15   marriage and that I am in no way interested in the
16   outcome of this matter.
17
18        IN WITNESS THEREOF, I have hereunto set
19   my hand this 15th day of April 2025.
20
21
22
23   _____
24        Janel Masinas, CER
             Notary Commission California/2482058
25           Commission Expires: February 17, 2028
```

```
9         THE RECORDER:  Okay.  All right.  And we are
10   going off record.  The time is 10:33 a.m.
11        (The deposition concluded at 10:33 a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 72

```
1         CERTIFICATE OF CSR TRANSCRIPTIONIST
2
3
4         I, Kari D. Frillici, Certified Shorthand
5    Reporter, do hereby certify:
6         That the foregoing is a complete and true
7    transcription of the original digital audio recording
8    of the testimony and proceedings captured in the
9    above-entitled matter.  As the CSR transcriptionist/
10   scopist, I have reviewed the entirety of the original
11   digital audio recording of the proceeding to ensure
12   a verbatim record to the best of my ability.
13        I further certify that I am neither attorney
14   for, nor a relative or employee of, any of the parties
15   to the action; further, that I am not a relative or
16   employee of any attorney employed by the parties
17   hereto, nor financially or otherwise interested in the
18   outcome of this matter.
19        IN WITNESS THEREOF, I have hereunto set my
20   hand this 15th day of April 2025.
21
22
23   _____
             Kari Frillici
24        Kari D. Frillici, CSR
             California Certification No. 9030
25           Expiration August 31, 2025
```



Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION
 2
 3  JAMEKA ELEAZER,          )(
          PLAINTIFF,         )(
 4                           )(
    VS.                      )( CIVIL ACTION NO.124CV777DII
 5                           )(
    ORACLE AMERICA, INC.,    )(
 6       DEFENDANT.          )(
 7  ************************************************
 8            ORAL AND VIDEOTAPED DEPOSITION OF
 9                     GARRETT MILLER
10                    MARCH 28, 2025
11               (Reported Remotely)
12  ************************************************
13
14
15
16            ORAL and VIDEOTAPED DEPOSITION OF
17  GARRETT MILLER, produced as a witness at the instance
18  of the Plaintiff, and duly sworn, was taken in the
19  above-styled and numbered cause on the 28th day of
20  March 2025, from 10:11 a.m. to 2:12 p.m., before ERIKA
21  WILLIAMS in and for the State of Texas, reported by
22  machine shorthand, via Zoom, pursuant to the Federal
23  Rules of Civil Procedure and the provisions stated on
24  the record or attached hereto.
25
```

Page 3

```
 1                       INDEX
 2                                                  PAGE
 3  Appearances .......................................2
 4  GARRETT MILLER
 5     Examination By Mr. Bachop ......................4
 6  Changes and Signature Page ......................120
 7  Reporter's Certificate ..........................122
 8
 9                      EXHIBITS
10  NO.      DESCRIPTION                            PAGE
11  1        Spreadsheet                              17
12  2        Spreadsheet                              25
13  3        Spreadsheet                              40
14  4        PIP                                     101
15  5        E-mail                                  109
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                     APPEARANCES
 2  FOR THE PLAINTIFF:
 3          MR. MATT BACHOP, ESQ.
            DEATS DURST & OWEN, PLLC
 4          8140 N Mopac Expy, Suite 4-250
            Austin, Texas 78759
 5          512.474.6200
            mbachop@ddollaw.com
 6
    FOR THE DEFENDANT:
 7
            MR. EDWARD M. "TED" SMITH, ESQ.
 8          CORNELL SMITH MIERL BRUTOCAO BURTON, LLP
            1607 West Avenue
 9          Austin, Texas 78701
            512.328.1541
10          tsmith@cornellsmith.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1         COURT REPORTER:  This begins the
 2  videotaped deposition of Garrett Miller at the request
 3  of Plaintiff, styled Jameka Eleazer versus Oracle
 4  America Inc.; Civil Action No. 1:24-CV-777, via Zoom.
 5         My name is Erika Williams.  I will be
 6  your court reporter.  I am representing Esquire
 7  Deposition Solutions.
 8         Will counsel please state their
 9  appearances for the record, beginning with the noticing
10  attorney, and then the witness will be sworn in.
11         MR. BACHOP:  Matt Bachop for the
12  Plaintiff.
13         MR. SMITH:  Ted Smith for Defendant
14  Oracle America, Inc.
15         GARRETT MILLER,
16  having been first duly sworn, testified as follows:
17         EXAMINATION
```



Page 37

Page 40

12          (EXHIBIT NO. 3 MARKED.)

13     Q.   (BY MR. BACHOP)  Do you recognize this

14 document?

15     A.   Yes, I do.  This is the performance management

16 log for Jameka.

17     Q.   When did you start working on this document?

18     A.   The first date that I had entered here was --

19 appears to be August 22nd, 2022.

20     Q.   And what's the purpose of this document in

21 general?

22     A.   It's to log performance-related issues for

23 a -- for a rep that I'm managing.

24     Q.   And so do you have similar spreadsheets for

25 all of the employees that worked under your supervision?



ESQUIRE
DEPOSITION SOLUTIONS

Page 41

1    A.   Yes.  I had a similar file for every employee
2  under me.



Page 109

Page 112

12    Q.  Did you have discussions with Nicole or Denise
13  about how to handle the timing of Jameka's firing,
14  knowing that there was a substantial possibility that
15  that American Eagle deal would close on May 31st?
16    A.  I don't remember any discussions around this,
17  in terms of the timing of when she would be let go.  I
18  think I did discuss with Denise letting her know that
19  there was a deal that we were working to close.
20          Again, this was one of those situations
21  where I would not say Jameka was running point or the
22  lead rep on it.  It was a big effort from the field team
23  and the renewals team.
24          And from what I remember talking with
25  Denise, it was -- yes, it was a deal, but it was not a



Page 113

1  significant enough deal that it -- we felt that it
2  wouldn't have -- even if it had come in even a day
3  before she was terminated, that it would have changed
4  the -- you know, the termination being the correct next
5  step or show really significant enough improvement
6  towards her achieving her quota for the quarter or the
7  year to make a difference.



Page 121

1          I, GARRETT MILLER, have read the foregoing
   deposition and hereby affix my signature that same is
2  true and correct, except as noted above.

3          _____

                    GARRETT MILLER
4

5  THE STATE OF TEXAS )
6  COUNTY OF _____)

7          Before me, _____, on
   this day personally appeared GARRETT MILLER, known to
8  me (or proved to me under oath or through
   _____) (description of identity card
9  or other document) to be the person whose name is
   subscribed to the foregoing instrument and
10 acknowledged to me that they executed the same for the
   purposes and consideration therein expressed.

11
          Given under my hand and seal of office this
12 _____ day of _____, 2025.

13
14
15
16
17        _____
          Notary Public in and for the State of Texas
18
19
20
21
22
23
24
25

Page 122

1          IN THE UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION
2
   JAMEKA ELEAZER,          )(
3      PLAINTIFF,            )(
                             )(
4  VS.                      )( CIVIL ACTION NO.124cv777
                             )(
5  ORACLE AMERICA, INC.,     )(
       DEFENDANT.            )(
6
7          ORAL AND VIDEOTAPED DEPOSITION OF
8                   GARRETT MILLER
9             REPORTER'S CERTIFICATION
10               March 28, 2025
11
12         I, ERIKA WILLIAMS, in and for the State of
   Texas, hereby certify to the following:
13         That the witness, GARRETT MILLER, was duly
   sworn by the officer and that the transcript of the
14 oral deposition is a true record of the testimony
   given by the witness;
15
          I further certify that pursuant to FRCP
16 Rule 30(f)(1) that the signature of the deponent:
17         _X_ was requested by the deponent or a party
   before the completion of the deposition and that the
18 signature is to be before any notary public and
   returned within 30 days from the date of receipt of
19 the transcript.  If returned, the attached Changes and
   Signature Page contains any changes and the reasons
20 therefor;
21         __ was not requested by the deponent or a
   party before the completion of the deposition.
22
          I further certify that I am neither counsel
23 for, related to, nor employed by any of the parties or
   attorneys in the action in which this proceeding was
24 taken, and further, that I am not financially or
   otherwise interested in the outcome of the action.
25

Page 123

1          Further certification requirements pursuant
2  to Rule 203 TRCP will be certified to after they have
3  occurred.

4          Certified to by me this 9th day of April,
5  2025.

6

                    *Erika Williams*

7                   ERIKA WILLIAMS
                    Notary No. 13517248-0
8                   Expiration Date: 11-15-2028
                    Esquire Deposition Solutions
9                   Certified Court Reporters
                    Firm Registration No. 286
10                  1700 Pacific Avenue, Suite 1000
                    Dallas, Texas  75204
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMEKA ELEAZER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No: 1:24-cv-00777-DII** |
| | § | |
| **ORACLE AMERICA, INC.** | § | |
| **Defendant.** | § | |

## <u>DECLARATION OF GARRETT MILLER</u>

1.      I am a Regional Sales Manager for Oracle America, Inc. ("Oracle").  I have been at my current position since June 1, 2022.  As a Regional Sales Manager, I am the direct supervisor for, and oversee the work of, Application Sales Representatives ("ASR") assigned to me.

2.      Upon request of counsel, I searched for the Performance Management Logs ("PML") that I kept for my team in Fiscal Year 2023.  I maintained a spreadsheet that contained the PML for every member of my team for Fiscal Year 2023 in separate tabs.  However, I was unable to locate this spreadsheet after a diligent search.  The reason that I was unable to locate this spreadsheet is because I ordered a new work laptop in August 2023 and during the process of moving relevant files from my old laptop to my new one, I cleaned up and deleted several files and folders, including deleting the spreadsheet that contained the PML for every member of my team for Fiscal Year 2023.  I checked my old work laptop for this spreadsheet and confirmed that this spreadsheet had in fact been deleted.

3.      The reason that I deleted the spreadsheet that contained the PML for every member of my team for Fiscal Year 2023 was because we had undergone a significant reorganization in June 2023 and I only retained two of my ASRs, so I did not see the need to keep the old PML files for these ASRs at the time.

4.      The reason that I had Ms. Eleazer's PML was because I had previously shared the excerpt of her PML with Human Resources during the Performance Improvement Plan process.

Declaration of Garrett Miller                                                                                          1

Confidential – Oracle Internal

My full name is Garrett Miller, my date of birth is April 24, 1995, and my work address is 2300 Cloud Way, Austin, Texas 78741.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Hays County, State of Texas, on the 13th day of August, 2025.

Signed: _____
        GARRETT MILLER

Declaration of Garrett Miller                                                    2

Confidential – Oracle Internal

# EXHIBIT D

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 47 | Date Range: 4/12/2023 - 4/14/2023 |

**Outline of Conversations**

 **Personal messages** • 47 messages between 4/12/2023 - 4/14/2023 • Denise Choi • Nicole Levitt

ORCL_ELEAZER00000991

**Messages in chronological order** (times are shown in GMT +00:00)

**Personal messages**

**Denise Choi**  DELETED                                                                          4/12/2023, 7:28 PM
i'm trying to wrap a call in 2 mins but might be a little late.

**Nicole Levitt**  DELETED                                                                        4/12/2023, 7:29 PM
Ok no worries! Do you want me to hop on and get started without you? Or do you want me to tell her I'm running a couple behind and wait? Good with whatever you prefer

**Denise Choi**  DELETED                                                                          4/12/2023, 7:29 PM
I'm good with whatever you're comfortable with

**Denise Choi**  DELETED                                                                          4/12/2023, 7:30 PM
okay joining

**Denise Choi**  DELETED                                                                          4/12/2023, 7:40 PM
I wonder what does involvement in deals mean to her?

**Nicole Levitt**  DELETED                                                                        4/12/2023, 7:40 PM
can i ask her to send me those weekly docs she sends garrett?

**Denise Choi**  DELETED                                                                          4/12/2023, 7:41 PM
that's fine as long as it doesn't become a back and forth situation

**Nicole Levitt**  DELETED                                                                        4/12/2023, 7:48 PM
I dont really know what to say - kind of just letting her talk

**Denise Choi**  DELETED                                                                          4/12/2023, 7:48 PM
that's fine. I guess I'm trying to understand is what she's doing really leading and driving a sales cycle to close?

**Nicole Levitt**  DELETED                                                                        4/12/2023, 7:48 PM
No. It's all 'we'

**Denise Choi**  DELETED                                                                          4/12/2023, 7:49 PM
maybe clarify that with her then. what does it look like when someone is taking the lead

**Nicole Levitt**  DELETED                                                                        4/12/2023, 7:49 PM
She's doing background work it sounds like

**Denise Choi**  DELETED                                                                          4/12/2023, 7:49 PM
it's not admin stuff and setting up meetings but doing x,y,z

**Denise Choi**  DELETED                                                                          4/12/2023, 7:49 PM
do you know what her territory grade is? A, B, C?

**Nicole Levitt**  DELETED                                                                        4/12/2023, 8:03 PM
I can tell you after - I have a file

**Nicole Levitt**  DELETED                                                                        4/12/2023, 8:04 PM
Dont really know where to take this - everything she's saying is very different then what I'm seeing in emails

DC · **Denise Choi** DELETED · 4/12/2023, 8:06 PM

the expectations that are on the PIP is what's expected of ASRs and she's had the opportunity to progress that all year and based on her attainment today, she hasn't shown that she's able to progress deals

DC · **Denise Choi** DELETED · 4/12/2023, 8:06 PM

my question is, is her territory that bad that she really can't make progress?

DC · **Denise Choi** DELETED · 4/12/2023, 8:06 PM

(you don't need to ask her that question, maybe for us to look into)

DC · **Denise Choi** DELETED · 4/12/2023, 8:07 PM

back to her being the one driving the deals and finding opportunities without having Garrett's involvement or field carrying the deal

DC · **Denise Choi** DELETED · 4/12/2023, 8:07 PM

if there was another ASR in this territory, would they be able to find more than she has?

DC · **Denise Choi** DELETED · 4/12/2023, 8:09 PM

maybe you can tell her that you've heard from him that she hasn't been progressing deals and that he had discussed with Jameka during weekly 1:1s and so unclear where the disconnect is

NL · **Nicole Levitt** DELETED · 4/12/2023, 8:11 PM

Idk what to say - its listed in emails sent to her

DC · **Denise Choi** DELETED · 4/12/2023, 8:12 PM

sales is based on numbers

DC · **Denise Choi** DELETED · 4/12/2023, 8:12 PM

and not just on effort

DC · **Denise Choi** DELETED · 4/12/2023, 8:16 PM

also mgrs most times are not going to say you're doing a bad job you're missing the mark and you're going to be on a PIP soon but during 1:1s they will be talking about how you're progressing deals, doing against KPIs, what expectations are for the rest of the week/month/qtr

DC · **Denise Choi** DELETED · 4/12/2023, 8:18 PM

activities are good but are a way to make progress into finding opportunities and closing deals but we are not seeing progress in those two key areas. yes, activities may be lower or higher WoW but the ultimate goal is to pipe opps and close business

DC · **Denise Choi** DELETED · 4/12/2023, 8:21 PM

I think we can wrap up soon. we can definitely look into some of her concerns, but at the end of the day, these are expectations that all ASRs are held to.

NL · **Nicole Levitt** DELETED · 4/12/2023, 11:09 PM

Ok so Jameka is at 37% and Jim at 34% for the FY. The other file I was looking at was FY23 projected based on deals remaining in Q4 (Ops calculation), and based on that Jameka is projected to be at 43% which is the lowest on that team

DC · **Denise Choi** DELETED · 4/12/2023, 11:10 PM

got it. so from a piped opportunities/forecast perspective, Jim is ahead of Jameka

NL · **Nicole Levitt** DELETED · 4/12/2023, 11:11 PM

Correct. From a projection standpoint based on what the reps have outstanding in Q4 that is likely to close (in addition to what has already closed YTD), team projections for Garrett's team are as follows:
• Austin: 172%
• Allison: 100%
• Amanda: 98%
• Jim: 62%
• Joe: 45%

ORCL_ELEAZER00000993

• Jameka: 43%

**Denise Choi  DELETED**                                                                4/14/2023, 6:16 PM

hi - do you know how performance management has been going with Zach's ASRs?

**Nicole Levitt  DELETED**                                                              4/14/2023, 6:25 PM

Hi there. He is OOO today and been in Lead to Achieve the past 3 days so haven't connected with him on it this week for an update, but we did chat about it in last week's 1:1. With ████████, he mentioned he hasn't seen any change since we put her on the PIP but that they are continuing to meet and follow-up. RE: The other two (████████████)- seems like they ebb and flow in terms of how they are doing.

████ - Same story we've been seeing for months it seems like. We seem to see progress with him when he's working against a deal and focused and have seen some slow development recently, but he seems to struggle to stay self-motivated and is often lacking speed to action in his tasks.

████ - Slow progress. Seems like she is trying and does complete her tasks, but haven't seen as much progress as we'd hoped. She's definitely well behind others who started at the same time as her and even after her. Starting to question if this is the right role fit for her. She did share with Zach that she wants to go into Field Management a little while back so we were hopeful we could help coach her more knowing the end goal of hers, but where we've struggled with her is kind of her ability to fully lead her customers on her own, versus doing it with support.

**Denise Choi  DELETED**                                                                4/14/2023, 7:16 PM

thanks for all of this. if there is anything we should do to address ████ and ████, I think we should sooner than later.

**Denise Choi  DELETED**                                                                4/14/2023, 7:16 PM

I set up a call for you and I just to catch up on open items from earlier this week and if we have time, let's talk about ████ and ████

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:24 PM

Ok perfect, that sounds great. Thank you for getting that scheduled!

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:24 PM

I talked to Garrett in 1:1 yesterday also asking how the PIP has been going with Jameka

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:24 PM

So can share those details too

**Denise Choi  DELETED**                                                                4/14/2023, 7:24 PM

great, and if we have the outline of data by Monday, let's go over that

**Denise Choi  DELETED**                                                                4/14/2023, 7:24 PM

if you need a bit more time to put that together, I can set it up for later in the week

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:25 PM

Ok I'll try to have some high-level pieces for Monday's call - should be able to spend some more time on it this afternoon, but likely won't have it all done by Monday morning so if it works for you, lets plan to tie off again later in the week too if thats okay!

**Denise Choi  DELETED**                                                                4/14/2023, 7:26 PM

let's do that

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:26 PM

Great, thank you

**Nicole Levitt  DELETED**                                                              4/14/2023, 7:26 PM

And for outline of data, that is just around the points I want to hit on with Jameka in the follow-up, correct?

DC  **Denise Choi** DELETED                                                        4/14/2023, 7:26 PM
correct

DC  **Denise Choi** DELETED                                                        4/14/2023, 7:27 PM
the pieces you wanted to elaborate on the call but we didn't have all the details

NL  **Nicole Levitt** DELETED                                                      4/14/2023, 7:27 PM
Yes perfect. Ok thanks!