IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| **JAMEKA ELEAZER,** § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:24-cv-777-RP** |
| § | |
| **ORACLE AMERICA, INC.,** § | |
| Defendant. § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Plaintiff Jameka Eleazer hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on October 24, 2025.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

/s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel for Defendant, Edward M. "Ted" Smith, tsmith@cornellsmith.com, and Sarah E. Lancaster, slancaster@cornellsmith.com, CORNELL SMITH MIERL BRUTOCAO BURTON, LLP, 1607 West Avenue, Austin, Texas 78701, Telecopy: (512) 328-1541, by the Court's CM/ECF system on this 21st day of November, 2025.

/s/ Matt Bachop
Matt Bachop